# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| ANDRE WILLIAMS, SR., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 4:14-CV-00411-AGF |
| ) | **ECF** |
| IAN WALLACE, ) | |
| ) | |
| Respondent. ) | |

## MOTION FOR EXTENSION OF TIME

Respondent, by and through counsel, states as follows in support of this motion for extension of time in which to file a response to Petitioner's amended traverse.

1. Respondent's response is due on January 17, 2018.

2. Undersigned counsel has prepared responsive pleadings to other state and federal show cause orders. Due to these activities, Respondent's response in this matter is not yet complete.

3. Undersigned counsel also has a state evidentiary hearing on January 17, 2018, and needs to travel for that hearing.

4. Undersigned counsel has spoken with counsel for Petitioner. Counsel for Petitioner stated that he has no objection to the requested extension.

For these reasons, Respondent requests that the Court grant this motion for extension of time up to and including January 31, 2018.

Respectfully submitted,

**JOSHUA D. HAWLEY**
Attorney General

*/s/ Patrick Logan*
PATRICK J. LOGAN
Assistant Attorney General
Missouri Bar No. 68213

P.O. Box 899
Jefferson City, MO 65102
Phone: (573) 751-1508
Facsimile: (573) 751-3825
Patrick.Logan@ago.mo.gov

Attorneys for Respondent

**CERTIFICATE OF SERVICE**
I hereby certify that a true and correct copy of the foregoing was electronically filed by using the CM/ECF system.  Counsel for petitioner will receive a copy of the foregoing document through the CM/ECF system this 11 day of January, 2017.

*/s/ Patrick Logan*
PATRICK J. LOGAN
Assistant Attorney General