July 12, 2018

Moberly Correctional Center
5201 S. Morley
Moberly, MO 65270

ATTN: Records

RE:  Writ of Habeas Corpus Ad Testificandum

Cause no. 4:14CV00411 AGF

To Whom It May Concern:

Enclosed please find the writ of habeas corpus ad testificandum regarding Andre Williams.  Mr. Williams is to be present in the courtroom of the Honorable Audrey G. Fleissig on Tuesday, July 31, 2018 at 9:30am. Your office will be notified by telephone on Friday, July 27, 2018 to confirm this schedule.  **DO NOT SEND THE PRISONER WITHOUT CONFIRMATION FROM THIS OFFICE.**

Sincerely,

Gregory J. Linhares, Clerk

By____/s/Kinica Battle_____

   Deputy Clerk

cc: U.S. Marshal, for info only