TO:

**RECEIVED**

SEP 0 5 2018

**BY MAIL**

UNITED STATES DISTRICT COURT JUDGE,
HONORABLE JUDGE, AUDREY G. FLEISSIG

RE:   CASE NO: 4:14-CV-00411-AGF (WILLIAMS V. WALLACE/MINOR), THIS
CONCERNS FILING A MOTION TO COMPEL AND PRESENTING (SHOWING) EVIDENCE
OF INNOCENCE AND SHOWING THE COURT THE FULL SCALE OF A CONSPIRACY OF
A LAW ENFORCEMENT AGENCY USING FALSE EVIDENCE AND CAN A WRIT BE ISSUED
WITHOUT A PETITION IF THAT EVIDENCE IS RIGHT IN FRONT OF YOU. SHOWING
THE COURT THAT BOTH CASES ARE CONNECTED TO ONE ANOTHER

DEAR HONORABLE JUDGE, FLEISSIG,

I THANK YOU FOR GIVING ME THE OPPORTUNITY TO PRESENT MY
CASE AT AN EVIDENTIARY HEARING WHICH IS NOW SCHEDULED FOR OCTOBER 11,2018 AT 10:00 am
BUT I DO HAVE CONCERNS. IN YOUR MARCH 20,2018 ORDER, YOU STATED: "I WILL BE ABLE TO
AND HAVE THE OPPORTUNITY TO SHOW THE COURT THAT A CONSPIRACY EXISTED BETWEEN LAW ENFORCEMENT
OFFICIALS TO FALSIFY DNA ANALYSIS AND RESULTS" "I" AM ABLE TO DEMONSTRATE TO THIS COURT
THAT A CONSPIRACY EXISTED BUT I DONT KNOW IF MY ATTORNEY MR. SWIECICKI IS ABLE BECAUSE
FOR ONE HIS OFFICE IS IN CHESTERFIELD. AND I HAVE BEEN TRYING TO GET MY ATTORNEY TO "COMPEL"
THE RESPONDENT TO PRODUCE THE CLAIMED "SINGLE PHOTOGRAPH WITH WITNESS SIGNATURE ON THE BACK"
IN CASE NO: 10SL-CR09241 (CHESTERFIELD POLICE DEPATRMENT)...CHESTERFIELD POLICE DEPARTMENT
IS A PART OF THE CONSPIRACY AND IS MENTIONED IN THE NEWLY DISCOVERED EVIDENCE DOCUMENTS AS
THE "SECOND AGENCY" IN THE CASE ABOVE (4:14-CV-00411-AGF). MY REASONS FOR STATING THIS IS
AS FOLLOWS:

\*ALL DOCUMENT(S)/EVIDENCE ATTACHED HERE-TO ARE ALSO IN THE APPELLANT'S APPENDIX AND/OR
FILED IN THE U.S. APPEALS/U.S. DISTRICT COURT......

1).
CHESTERFIELD POLICE DEPARTMENT IS A PART OF THE "CONSPIRACY", THEY (CHEST-
ERFIELD POLICE DEPARTMENT) IS THE "SECOND AGENCY" WHO TOWN AND COUNTRY
POLICE DEPARTMENT AND ALSO ST.LOUIS COUNTY CRIME LAB ANALYST TOLD TO

1

COME AND GET AN "ADDITIONAL BUCCAL SWAB SAMPLE FROM PETITIONER INORDER TO FALSIFY DNA ANALYSIS AND RESULTS AS DESCRIBED IN THE NEWLY DISCOVERED EVIDENCE DOCUMENTS ATTACHED TO PETITIONER'S TRAVERSE AND MEMORANDUM (SEE EXHIBIT #6, pg. 12 AND EXHIBIT #12, pg. 18 ATTACHED HERE-TO)

2).
   INORDER TO HAVE REASON(S) TO OBTAIN THE "ADDITIONAL BUCCAL SWAB SAMPLE" FROM PETITIONER TO HELP "CONSPIRE" WITH TOWN AND COUNTRY POLICE DEPARTMENT AND ALSO ST. LOUIS COUNTY CRIME LAB, CHESTERFIELD POLICE DEPARTMENT USED "FALSE INFORMATION AND EVIDENCE" CLAIMING THAT: "WITNESS, VICTORIA PLUMA IDENTIFIED PETITIONER IN A PHOTO LINEUP AS FOLLOWS:

A).
   CHESTERFIELD POLICE DEPARTMENT STATES THAT A PHOTO LINEUP WAS PREPARED USING REGIS. PETITIONER IS PHOTO #1, TRACKING NUMBER #41186542 (SEE EXHIBIT #1, pg. 7 ATTACHED HERE-TO).

  *THEN CHESTERFIELD POLICE DEPARTMENT CLAIMS THAT:

B).
   PHOTO'S WERE PRINTED OUT AND CUT INTO INDIVIDUAL PHOTO'S SO THEY CAN BE PLACED IN RANDOM ORDER, CLAIMING THAT PETITIONER'S PHOTO IS "NOW" IN THE PHOTO #4 POSITION (SEE EXHIBIT #2, pg. 8 ATTACHED HERE-TO)

  *THEN CHESTERFIELD POLICE DEPARTMENT STATES IN DOCUMENT THAT:

C).
   OFFICER HERNANDEZ EXPLAINED THE LINEUP PROCESS TO WITNESS PLUMA AND THEN OFFICER HERNANDEZ "CLAIMED" TO SHOW WITNESS PLUMA EACH PHOTO INDIVIDUALLY AND ONE AT A TIME.

   AFTER VIEWING THE PHOTO'S, WITNESS IDENTIFIED PHOTO #4 (ANDRE WILLIAMS) AND OFFICER HERNANDEZ HAD WITNESS PLUMA "SIGN AND DATE THE BACK OF PHOTO #4" INDICATING HER IDENTIFICATION (SEE EXHIBIT #3, pg. 9 ATTACHED HERE-TO)

  * NOW COMES THE SECOND PART OF THE REASON CHESTERFIELD POLICE DEPARTMENT USED TO ACTUALLY OBTAIN THE "ADDITIONAL BUCCAL SWAB SAMPLE FROM PETITIONER" INORDER TO "CONSPIRE" WITH TOWN AND COUNTRY POLICE DEPARTMENT AND ALSO ST. LOUIS COUNTY CRIME LAB TO FALSIFY DNA ANALYSIS AND REPORTS AS DESCRIBED IN THE NEWLY DISCOVERED EVIDENCE DOCUMENT(S) (EXHIBIT #6, pg. 12 AND EXHIBIT #12, pg. 18 ) THAT SHOWS THAT A "SECOND AGENCY" IS NEEDED WHICH

IS CHESTERFIELD POLICE DEPARTMENT, TO OBTAIN THE "ADDITIONAL BUCCAL SWAB SAMPLE.

3).  CHESTERFIELD POLICE DEPARTMENT GOES TO COLLECT "DNA EVIDENCE" (THIS COLLECTION OF DNA EVIDENCE WAS ONLY DONE TO OBTAIN AN "ADDITIONAL BUCCAL SWAB SAMPLE FROM PETITIONER) NOT AT THE HARDEE'S WHERE THE CRIME OCCURRED BUT AT THE OLD SPAGHETTI FACTORY WHICH IS 70-100 YDS ACROSS THE "MAIN ENTRANCE AND A VERY LONG DISTANCE FROM HARDEE'S WHERE THE CRIME HAD OCCURRED. CHESTERFIELD POLICE DEPARTMENT KNEW THAT THIS WAS A "PUBLIC PLACE AND AREA USED BY CUSTOMERS" BUT COLLECTED A EMPTY CAN OF SPARKS PREMIUM MALT BEVERAGE AND SEVERAL CIGARETTE BUTTS CLAIMING THAT THE SUSPECT COULD HAVE USED THAT AREA AS A VANTAGE POINT (BUT NEVER STATES THAT THE MALT BEVERAGE CAN AND CIGARETTE BUTTS WERE LEFT BY THE SUSPECT) (SEE EXHIBIT #4, pg. 10  ATTACHED HERE-TO)

A).  NOW CHESTERFIELD POLICE DEPARTMENT SENDS THE COLLECTED DNA EVIDENCE (MALT BEVERAGE CAN AND CIGARETTE BUTTS) TO THE CRIME LAB KNOWING THAT THE EVIDENCE WAS COLLECTED IN A "PUBLIC PLACE AND AREA USED BY CUSTOMERS OF THE OLD SPAGHETTI FACTORY (EXHIBIT #4, pg. 10 ) AND NOW THE CRIME LAB RULES THAT THE EVIDENCE COULD NOT BE ENTERED INTO CODIS BECAUSE IT (THE DNA EVIDENCE COLLECTED) WAS FOUND IN A PUBLIC PLACE AND BECAUSE THE EVIDENCE COULD NOT BE ENTERED INTO CODIS, THIS GIVES THE CRIME LAB THE AUTHORITY TO RECOMMEND TO CHESTERFIELD POLICE DEPARTMENT TO OBTAIN THE "ADDITIONAL BUCCAL SWAB SAMPLE NEEDED FROM PETITIONER" INORDER TO FALSIFY DNA ANALYSIS AND RESULTS AS DESCRIBED IN THE NEWLY DISCOVERED EVIDENCE DOCUMENTS. (PETITIONER HAD ALREADY SUBMITTED A BUCCAL SWAB SAMPLE TO THE CRIME LAB OF ST.LOUIS COUNTY ON DECEMBER 31,2009)(SEE EXHIBIT #5, pg. 11 ;EXHIBIT #12, pg. 18  AND EXHIBIT #13, pg. 19 ATTACHED HERE-TO)

B).  ON NOVEMBER 5,2010, CHESTERFIELD POLICE DEPARTMENT,DETECTIVE,SIMPSON CAME TO SOUTHEAST CORRECTIONAL CENTER AND OBTAINED THE "ADDITIONAL BUCCAL SWAB SAMPLE FROM PETITIONER AS RECOMMENDED BY THE CRIME LAB AND AS STATED IN THE NEWLY DISCOVERED EVIDENCE DOCUMENTS (EXHIBIT #12, pg. 18 ) INORDER TO "CONSPIRE" WITH TOWN AND COUNTRY POLICE DEPARTMENT AND ALSO ST.LOUIS COUNTY CRIME LAB (SEE EXHIBIT #6, pg. 12 ATTACHED HERE-TO)

*

A CAREFUL REVIEW OF THE ST.LOUIS COUNTY EVIDENCE SHEET "REVEALS" THAT

3

THE DNA SAMPLE COLLECTED FROM PETITIONER BY CHESTERFIELD POLICE DEPARTMENT, DETECTIVE SIMPSON WAS TO BE USED FOR DNA CASE #09-D260 WHICH IS TOWN AND COUNTRY POLICE DEPARTMENT (SEE EXHIBIT #6, pg. 12 AT THE BOTTOM OF THE DOCUMENT WHERE PETITIONER HIGHLIGHTED)

4). THERE NEVER WAS A "SINGLE PHOTOGRAPH WITH WITNESS SIGNATURE AND DATE ON THE BACK" AS CLAIMED BY CHESTERFIELD POLICE DEPARTMENT IN THE POLICE REPORT AND BY THE PROSECUTOR AT THE GUILTY PLEA HEARING (SEE EXHIBIT #7, pg. 13 AND EXHIBIT #8, pg. 14 ATTACHED HERE-TO)

A). ON AUGUST 2, 2017, PETITIONER SENT A REQUEST TO ST. LOUIS COUNTY PROSECUTING ATTORNEY'S OFFICE FOR THE "SINGLE PHOTOGRAPH WITH WITNESS SIGNATURE AND DATE ON THE BACK" IN CASE NUMBER #10SL-CR09241, PETITIONER SENT REQUEST PURSUANT TO MISSOURI SUNSHINE LAW, CHAPTER 610.RSMo (SEE EXHIBIT #9, pg. 15 ATTACHED HERE-TO)

B). ON AUGUST 7, 2017, ST. LOUIS COUNTY PROSECUTING ATTORNEY'S OFFICE RESPONDED TO PETITIONER'S MISSOURI SUNSHINE LAW REQUEST AND STATED:

> ON AUGUST 4, 2017, THIS OFFICE RECIEVED YOUR
> LETTER PURPORTING AS A "SUNSHINE LAW" REQUEST
> FOR A PHOTOGRAPH REFERRED TO IN THE POLICE
> REPORT AND AT YOUR PLEA OF GUILTY. PURSUANT
> TO MY APPOINTMENT AS ACTING CUSTODIAN OF
> RECORDS, I HAVE CONDUCTED A REVIEW OF OUR
> RECORDS AND EVIDENCE. [NO SUCH PHOTOGRAPH
> IS CONTAINED IN OUR RECORDS AND WE HOLD NO
> SUCH EVIDENCE] (SEE EXHIBIT #10, pg. 16 )

* AS PETITIONER HAS SHOWN, THIS CASE WAS ABOUT OBTAINING AN "ADDITIONAL BUCCAL SWAB SAMPLE FROM PETITIONER TO CONSPIRE TO FALSIFY DNA EVIDENCE

* PETITIONER HAS BEEN TRYING TO GET THE RESPONDENT, STATE OF MISSOURI

4

TO "DISCLOSE THE SINGLE PHOTOGRAPH WITH WITNESS SIGNATURE AND DATE
ON THE BACK SINCE "2012".....AT ONE POINT THE SENTENCING COURT JUDGE
RULED THAT: "A CLAIM THAT COUNSEL WAS INEFFECTIVE FOR FAILING TO FILE
AND LITIGATE A MOTION TO SUPPRESS STATEMENTS WOULD NOT BE COGNIZABLE...
PETITIONER'S MOTION WAS ABOUT DISCLOSING PHOTOGRAPHS AND "NOT" ABOUT
SUPPRESSING STATEMENTS (SEE EXHIBIT #11, pg.17 ATTACHED HERE-TO)THAT
ALSO INCLUDES "ALL" THE DOCUMENT(S) PETITIONER HAS FILED OVER THE YEARS
TRYING TO GET THE RESPONDENT, STATE OF MISSOURI TO DISCLOSE THE "SINGLE
PHOTOGRAPH WITH WITNESS SIGNATURE AND DATE ON THE BACK" IN CASE NUMBER
#10SL-CR09241......

RESPONDENT, STATE OF MISSOURI HAS EVEN WENT TO THE POINT OF TRYING
TO "CHANGE THE CASE NUMBER" FROM CASE NUMBER #10SL-CR09241 TO
CASE NUMBER #10SL-CR0890241 BY ADDING THE NUMBER (8)(SEE EXHIBIT #14,
pg.20 WHERE IT SHOWS THE DIFFERENT CASE NUMBERS HIGHLIGHTED....

THE QUESTION PETITIONER IS ASKING YOU YOUR HONOR,IS:

1).
IF THERE IS EVIDENCE OF INNOCENCE RIGHT IN FRONT OF YOU FROM A CASE
THAT IS NOT BEING PRESIDED OVER BY ANYONE AND THAT CASE IS OBVIOUSLY
CONNECTED TO THE CASE YOU ARE PRESIDING OVER, DOES THE HABEAS COURT
HAVE THE POWER TO ISSUE A WRIT WITHOUT A PETITION AND OVERTURN THAT
CONVICTION AS WELL BASED ON THE EVIDENCE PRESENTED AND THE EVIDENCE
IN THE CASE YOU ARE PRESIDING OVER THAT "SHOWS" THE CONNECTION BETWEEN
THE TWO (2) CASES?

2).
IF YOU HAVE EVIDENCE AND REASON TO BELIEVE THAT A INNOCENT PERSON IS
INCARCERATED AND THE RESPONDENT, STATE OF MISSOURI HAS FAILED TO
DISCLOSE EVIDENCE OVER THE YEARS AND THIS DISCLOSURE WOULD AIDE IN
PROVING THAT A LAW ENFORCEMENT AGENCY IS PART OF A CONSPIRACY TO
FALSIFY INFORMATION AND EVIDENCE INORDER TO OBTAIN A "DNA SAMPLE" FROM
A PETITIONER TO HELP OTHER LAW ENFORCEMENT AGENCIES FALSIFY DNA ANALYSIS
AND RESULTS, WOULD YOU GRANT THE PETITIONER A SUBPOENA TO HAVE THE
DOCUMENTS/EVIDENCE DISCLOSED?

5

3).   IF YOU HAVE REASON TO BELIEVE THAT A PETITIONERS COUNSEL WILL NOT,
DID NOT REQUEST OR SUBPOENA EVIDENCE THAT YOU HAVE FIRST HAND KNOWLEDGE
OF AND COULD PROVE THAT A "CONSPIRACY" EXISTED, WOULD YOU ALLOW THAT
PETITIONER TO SUBPOENA THE DOCUMENT/EVIDENCE (SINGLE PHOTOGRAPH), SINCE
YOU HAVE KNOWLEDGE OF THE CIRCUMSTANCES?


BASICALLY, PETITIONER IS BETWEEN A ROCK AND A HARD PLACE. I AM TRYING
MY BEST TO GET THE EVIDENCE I NEED TO PROVE MY INNOCENCE AND THAT A
CONSPIRACY EXISTED THAT CONCERNS CHESTERFIELD POLICE DEPARTMENT FALSIFYING
INFORMATION AND EVIDENCE INORDER TO OBTAIN A "DNA SAMPLE" FROM PETITIONER
INORDER TO CONSPIRE WITH TOWN AND COUNTRY POLICE DEPARTMENT AND ALSO
ST.LOUIS COUNTY CRIME LAB TO FALSIFY DNA ANALYSIS AND REPORTS. I AM 100%
SURE THAT MY COUNSEL IS NOT AND HAS NOT REQUESTED THE "SINGLE PHOTO WITH
WITNESS SIGNATURE AND DATE ON THE BACK" IN CASE NUMBER #10SL-CR09241
BECAUSE HE (MY COUNSEL) IS OUT IN CHESTERFIELD....SO PLEASE YOUR HONOR,
I REQUEST THAT YOU "DO NOT" RULE ON THE ABOVE CASE AS OF NOW AND LET
ME HAVE MY DAY IN COURT TO PROVE THAT A CONSPIRACY EXISTED AS I HAVE
PROVEN TO YOU BY WAY OF THE DOCUMENTS AND EVIDENCE ATTACHED HERE-TO)...


*
A RESPONSE IS REQUESTED


RESPECTFULLY SUBMITTED,

ANDRE WILLIAMS SR. #525828
MOBERLY CORRECTIONAL CENTER
HOUSING UNIT-1C;CELL-#193
PO BOX-7
MOBERLY, MISSOURI, 65270

6

EXHIBIT #1======▶

7

## ADDITIONAL PARTY INFORMATION

| Person Role(s) | REPORTING PARTY | | |
|---|---|---|---|
| **Person Information** | | | |
| Last Name | PARKHURST | Middle Name | SUZETTE |
| First Name | TAMARA | Suffix Name | |
| SSN | 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 | Ethnicity | NOT OF HISPANIC ORIGIN |
| License Number | J050050002 | License State | MISSOURI |
| Race | WHITE | Sex | FEMALE |
| DOB | 08/19/1961 | Age | 48 |
| Resident Status | NON-RESIDENT | | |
| **Additional Info** | | | |
| Employer | HARDEE'S | Occupation | GENERAL MANAGER |
| **BUSINESS Address** | | | |
| Street Address | 17368 CHESTERFIELD AIRPORT ROAD | Apt/Suite/Rm # | |
| City | CHESTERFIELD | State | MISSOURI |
| Zip | 63005 | Location Desc. | HARDEE'S |
| **HOME Address** | | | |
| Street Address | 1403 AMBER WAVE DRIVE | Apt/Suite/Rm # | |
| City | O'FALLON | State | MISSOURI |
| Zip | 63366 | Location Desc. | |
| **BUSINESS Phone** | | | |
| Area Code | 636 | Contact Name | |
| Phone # | 536-5072 | Ext. | |
| Email Address | | | |

## INCIDENT PROPERTY TOTALS

| Total Stolen Value | $989.00 | Total Recovered Value | $0.00 |
|---|---|---|---|

## NARRATIVE

Relative to the original report in which Hardee's was robbed by a male armed with a gun, I wish to state:

I learned of information that two suspects identified as Andre Williams and Mark Leachman had been arrested for robbing area restaurants and had active investigations in St Louis City, Town & Country and Maplewood. Since the robber(s) showed knowledge of when the restaurant employees arrived and the business operation, I telephoned the store GM, Tamara Parkhurst who checked to see if either individual had worked there. Parkhurst informed me that they had no record of Leachman ever working for Hardee's, however Williams had worked at the Chesterfield Valley location from 11/06/2008 till 02/15/2009.

Since Williams had been identified in other restaurant robberies and used to work at the Chesterfield Hardee's, I prepared a photo line-up using the REJIS Crime Matrix Image Resource Information System (IRIS). Line-up number 79358 as follows:

Photo #1          Tracking # 41186542 (Andre Williams)
Photo # 2         Tracking # 35868046
Photo # 3         Tracking # 28123582
Photo # 4         Sex Off  # 4002
Photo # 5         Sex Off # 968

EXHIBIT #2 =========▶
8

Photo # 6                              Tracking #23338106

The photos were printed out as 3 ½" X 5" photos and cut into individual
photos so that they can be placed in random order for viewing.  Refer to
the department Photo Lineup Worksheet for additional information as to
the presentation of photos.

On Saturday, 01/09/2009 PO Zeus Hernandez, DSN 255 responded to
Hardee's17368 Chesterfield Airport Rd where he met with Victoria Pluma.
 Pluma works in the kitchen at Hardee's and walked into the restaurant
as the suspect was robbing the store.  She also observed the same person
walking around on the parking lot of the restaurant just prior to the
robbery.

Pluma only speaks Spanish and Officer Hernandez speaks English and
Spanish fluently.  Officer Hernandez explained the photo lineup
process to Pluma.  Refer to the department witness preparation form
for additional information.  Officer Hernandez showed Pluma each photo
individually and one at a time.  After viewing the photos, Pluma
identified photo # 4 (Andre Williams) as the person she saw on the
parking lot just prior to the robbery.  This is also the same person she
saw in the restaurant at the time of the robbery wearing the ski mask.
Both people were wearing the exact same clothing.  Officer Hernandez had
Pluma sign and date the back of photo # 4 indicating her identification
of the photo.

Cigarette butts and a liquor can seized nearby the Hardee's where a
suspect could have waited and watched for employees to arrive, had
been previously seized as evidence.  These items were sent to the St
Louis County Police crime laboratory for testing along with the suspect
information on Williams and Leachman.  I also learned that Williams was
currently in custody at the St Louis Criminal Justice Center on Tucker
Blvd and that Leachman was in custody at the St Louis City Work House on
Hall St.

This investigation is continuing.

EXHIBIT CONTINUED NEXT PAGE=======▶

# CHESTERFIELD POLICE DEPARTMENT PHOTO LINEUP

( Petitioner's Exhibit - 1 )

Case# **09-5561**   Viewed By: Victoria Pluma   Detective: Po Hernandez

Comments: Date/Time: 01/09/2010  08:10

Lineup# **79358**

Print

*PETITIONER IS PHOTO #1
*SEE FALSIFIED DOCUMENT IN EXHIBIT CONTINUED NEXT PAGE===▶

NEWLY DISCOVERED EVIDENCE

DEPARTMENT OF CORRECTIONS
OCT 15 2013
RECEIVED



41186542   35868046   28123582

Photo #1   Photo #2   Photo #3

PETITIONER



SO 7002   SO 968   23338106

Victoria Pluma

Photo #4   Photo #5   Photo #6

St. Louis County Missouri Police Department, All rights reserved

**\* THIS DOCUMENT IS FALSIFIED, PETITIONER IS PHOTO #1, TRACKING NUMBER #41186542 IN EXHIBIT #1, pg.7 AND "NOT" PHOTO #4.**



# CHESTERFIELD POLICE DEPARTMENT

## PHOTO LINEUP WORKSHEET



*THIS WAS FALSIFIED "IN PHOTO #1, NOT PHOTO #4*

| Report information | |
|---|---|
| Complaint Number | 09-5561 |
| Nature | Robbery 1st |
| Case Officer | Detective Carroll |

| Suspect Information | | | | | | | |
|---|---|---|---|---|---|---|---|
| Name | ANDRE   WILLIAMS | | | | | | |
| Race | B | Sex | M | DOB | 12/24/69 | SSN | 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 |

### Photo Lineup Composition

| | Photo # (✓ suspect) | REJIS Tracking Number | | Photo # (✓ suspect) | REJIS Tracking Number |
|---|---|---|---|---|---|
| **Witness #1** Witness Name: PLUMA, VICTORIA | 1 | SO 4002 | **Witness #2** Witness Name: | 1 | |
| | 2 | SO 968 | | 2 | |
| | 3 | 23338106 | | 3 | |
| | 4 ✓ | 41186542 | | 4 | |
| | 5 | 35868046 | | 5 | |
| | 6 | 28123582 | | 6 | |

| | Photo # (✓ suspect) | REJIS Tracking Number | | Photo # (✓ suspect) | REJIS Tracking Number |
|---|---|---|---|---|---|
| **Witness #3** Witness Name: | 1 | | **Witness #4** Witness Name: | 1 | |
| | 2 | | | 2 | |
| | 3 | | | 3 | |
| | 4 | | | 4 | |
| | 5 | | | 5 | |
| | 6 | | | 6 | |

EXHIBIT #3========▶

9

The photos were printed out as 3 ½" X 5" photos and cut into individual
photos so that they can be placed in random order for viewing.   Refer to
the department Photo Lineup Worksheet for additional information as to
the presentation of photos.

On Saturday, 01/09/2009 PO Zeus Hernandez, DSN 255 responded to
Hardee's17368 Chesterfield Airport Rd where he met with Victoria Pluma.
 Pluma works in the kitchen at Hardee's and walked into the restaurant
as the suspect was robbing the store.   She also observed the same person
walking around on the parking lot of the restaurant just prior to the
robbery.

Pluma only speaks Spanish and Officer Hernandez speaks English and
Spanish fluently.   Officer Hernandez explained the photo lineup
process to Pluma.   Refer to the department witness preparation form
for additional information.   Officer Hernandez showed Pluma each photo
individually and one at a time.   After viewing the photos, Pluma
identified photo # 4 (Andre Williams) as the person she saw on the
parking lot just prior to the robbery.   This is also the same person she
saw in the restaurant at the time of the robbery wearing the ski mask.
Both people were wearing the exact same clothing.   Officer Hernandez had
Pluma sign and date the back of photo # 4 indicating her identification
of the photo.

Cigarette butts and a liquor can seized nearby the Hardee's where a
suspect could have waited and watched for employees to arrive, had
been previously seized as evidence.   These items were sent to the St
Louis County Police crime laboratory for testing along with the suspect
information on Williams and Leachman.   I also learned that Williams was
currently in custody at the St Louis Criminal Justice Center on Tucker
Blvd and that Leachman was in custody at the St Louis City Work House on
Hall St.

This investigation is continuing.

**EXHIBIT #4** =========➤

10

Date/Time Printed: 04/09/2015 13:41:08                                            9-5561
Printed By / Reason: #mager1 / Waldemer

## INCIDENT PROPERTY TOTALS

| | | |
|---|---|---|
| ▓▓▓▓▓▓▓▓▓▓▓ $989.00 | ▓▓▓▓▓▓▓▓▓▓▓ $0.00 | |

## PROCEDURE INFORMATION

☐ Neighborhood Canvassed          ☐ Send A Teletype          ☑ Was Any Evidence Seized

Teletype Message
Teletype/Reference #                         Entered By

## NARRATIVE

In reference to Chesterfield Police Report Number 09-5561, I wish to
state the following. At approximately 0535 hours, on Saturday, November
14, 2009, I responded to 17368 Chesterfield Airport Road to process the
scene of a Robbery First.

The following photographs were taken at the scene uitlizing a department
issued Nikon D50 Digital SLR camera. The photographs were later
downloaded into the Chesterfield Police Department's Crime Scene computer
file.

Photo 1  Cover sheet
Photo 2-4  Overall, midrange, close-up of location address
Photo 5-12  Overall exterior of business
Photo 13-14  Entrance to business
Photo 15-17  Interior of business from entrance
Photo 18-31  Overall, midrange, and close-ups of cash drawers
Photo 32-34  Overall, midrange and close-ups of safe
Photo 35-38  Interior of safe
Photo 39-42  Photos taken towards the west looking at Spaghetti Factory
Photo 43-46  Area with bench and ashtray
Photo 47  Sparks can of energy drink
Photo 48-50  Ashtray and cigarette butts

A search for latent evidence met with negative results.

The following items were seized and packaged as evidence and turned over
to the Chesterfield Police Evidence Custodian for safe keeping:

Item 1  1 16 fluid ounce (empty) aluminum can of Sparks Premium Malt
Beverage
Item 2  4 Camel cigarette butts
Item 3  2 Pall Mall cigarette butts
Item 4  2 Marlboro cigarette butts

According to a witness the suspect was seen walking easterly across
the Hardee's parking lot. This direction meant he came from the west.
Across the main entrance to the shopping complex to the west is the Old
Spaghetti Factory Restaurant at 17384 Chesterfield Airport Road.

Respondent's Exhibit F
Williams v. Wallace
Case No. 4:14-CV-0412-SNLJ

Date/Time Printed: 04/09/2015 13:41:08
Printed By / Reason: #mager1 / Waldomer

9-5561

Lt. Tucker discovered an alcove to the east of the main entrance of
the Old Spaghetti Factory which contained a cement bench and a cement
ashtray.  This area is used by customers while waiting for seating.  On
the ashtray was an almost empty can of Sparks Premium Malt Beverage and
several cigarette butts.  It is possible that the suspect could have used
the bench in the alcove as a vantage point to view the arrival of the
Hardee Employees.

Photos numbers 39 through 50 were taken for this reason.  I seized the
Sparks Beverage can and samples of some of the cigarette butts from
the ashtray.  These items were placed in evidence for safe keeping.
These items can be sent to the lab at a later date for DNA Testing and
fingerprinting of the can, if it is determined by the investigating
detective that these items are of such evidentiary value.



Respondent's Exhibit F
Williams v. Wallace
Case No. 4:14-CV-0412-SNLJ

EXHIBIT #5 ==========▶
11

Date/Time Printed: 04/09/2015 13:41:08
Printed By / Reason: #mager1 / Waldemer

9-5561

## WARRANT APPLICATION INFORMATION

### Suspect Information

| | | | |
|---|---|---|---|
| Last Name | WILLIAMS | Middle Name | |
| First Name | ANDRE | | |
| Race | BLACK | DOB | 12/24/1969 |
| Sex | MALE | SSN | 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 |

### Warrant Info

| | | | |
|---|---|---|---|
| Warrant/Summons # | | Prosecuted By | STATE PROSECUTOR |
| Application Date | 02/09/2010 | Prosecutor Name | JACK DUEPNER |
| Court Assigned | | ☑ Booked | |
| Bond Amount | | | |
| Additional Info | | | |

### Charge Info

| | | |
|---|---|---|
| Charge Desc. #1 | ROBBERY 1ST DEGREE | |
| Disposition | WARRANT ISSUED | |
| Amended Charge | | |
| Charge Desc. #2 | ARMED CRIMINAL ACTION | |
| Disposition | REFUSED | |
| Amended Charge | | |

## INCIDENT PROPERTY TOTALS

| Total Stolen Value | $989.00 | | $0.00 |
|---|---|---|---|

## NARRATIVE

In reference to Chesterfield Police Report #09-5561, wherein a robbery occurred at Hardee's, 17368 Chesterfield Airport Road, I wish to report the following:

As noted in Supplement #7, Det. James Carroll, DSN 220, applied for warrants against the suspect, Andre Williams, with the St. Louis County Prosecuting Attorney's Office on February 9, 2010. At that time, Chief Warrant Officer Jack Duepner took the case under advisement pending laboratory analysis of DNA evidence.

In July, 2010, Det. Carroll learned that the crime lab was able to extract DNA profiles from the cigarette butts and malt beverage can found at a nearby restaurant. However, per CODIS policy, the lab is unable to enter this DNA profile into the CODIS system because the evidence was found in a public place. The lab recommended obtaining a buccal swab from Andre Williams to compare the DNA profiles from the evidence to him.

On Monday, August 2, 2010, Det. Carroll sent an email to Mr. Duepner advising him of the laboratory results and the recommendation provided by the lab.

It should be noted that Det. Carroll retired from the Chesterfield Police Department on Friday, August 13, 2010, at which time I began conversing with Mr. Duepner regarding this case.

On Thursday, October 14, 2010, I received notification from Mr. Duepner that he issued a warrant against Andre Williams for one count of Robbery

Page 30 of 35

EXHIBIT #6=========➤
12

Date/Time Printed: 04/09/2015 13:41:08
Printed By / Reason: #mager1 / Waldemer

9-5561

| INCIDENT PROPERTY TOTALS | |
|---|---|
| Total Stolen Value $989.00 | $0.00 |

**NARRATIVE**

With reference to the original offense, "Robbery First Degree", please be advised of the following relative new information.

On 11/05/2010, I responded to the Southeast Correctional Center for the Missouri Department of Corrections; located in Charleston, Missouri. The purpose of the trip was to obtain a DNA sample from Suspect DeAndre Darrough aka Andre Williams.

On arrival at the facility I contacted Suspect Darrough, and explained the reason for my visit. Suspect Darrough stated that he was willing to provide a sample of his DNA. Suspect Darrough signed a "DNA Consent" form that I seized as evidence.

Two buccal swabs of salvia was obtained from Suspect Darrough and placed into evidence to await transfer to the St. Louis County Crime Laboratory.

End of report

EXHIBIT CONTINUES NEXT PAGE=======➤



## ST. LOUIS COUNTY POLICE DEPARTMENT EVIDENCE RECEIPT

| PRECINCT LOG. NUMBER | SECURITY BAG NUMBER | NUMBER OF CONTAINERS/ BOXES   PACKAGES | RACK | BIN | AGENCY CODE | COMPLAINT NUMBER |
|---|---|---|---|---|---|---|
| S-3 | | 1 | | | 01 | 09-5561 |

**OFFENSE INFORMATION**

| DATE OF OCCURRENCE | TYPE OF OFFENSE | LOCATION | AGENCY CODE |
|---|---|---|---|
| 11-14-2009 | Robbery 1st | 17368 Chesterfield Airport | 01 |

| VICTIM | ADDRESS | CITY/STATE/ZIP CODE | PHONE NUMBER |
|---|---|---|---|
| Hardee's | 17368 Chesterfield Airp | Chesterfield Mo 63005 | 586-5072 |

| CASE/INVESTIGATING OFFICER/DSN | PRECINCT/BUREAU | DEPARTMENT | PHONE NUMBER |
|---|---|---|---|
| Thompson 176 | BCIS | Chesterfield | 537-3000 |

**SUSPECT INFORMATION    CODE 1 – ARRESTED   2 – NOT TAKEN INTO CUSTODY   3 – SUMMONS IN LIEU   4 – JUVENILE**

| NAME | DOB | ADDRESS | CITY/STATE/ZIP CODE | PHONE NUMBER | CODE |
|---|---|---|---|---|---|
| Darrough, DeAndre Alfons André | 2/21/61 | 300 E Pedro Simon | Charleston Mo 63834 | N/A | 1 |

| TYPE OF PROPERTY   EVIDENCE ☒   FOUND PROPERTY ☐   SAFE KEEPING ☐   ABANDONED PROPERTY ☐   LEGALLY CONCEALED FIREARM ☐ |
|---|

**EVIDENCE INFORMATION:  OWNERSHIP CODE:  1 – SUSPECT   2 – VICTIM   3 – UNKNOWN   4 – OTHER (SEE REMARK)**
**DISPOSITION CODE:  1 – DISPOSE OF AFTER ANALYSIS   2 – RETAIN AS EVIDENCE   3 – DISPOSE OF AFTER CASE CLOSED   4 – OTHER (SEE REMARKS)   5 – DISPOSE OF IF LAB. ANALYSIS NEGATIVE**

| ITEM NO. | DESCRIPTION (INCLUDE SERIAL NUMBER) | OWNER CODE | DISPOSITION CODE | FORENSIC USE ONLY |
|---|---|---|---|---|
| 1. | 2 swabs containing DNA Sample from suspect Darrough | 1 | 3 | |
| | | | | |
| | | | | |
| | | | | |

| LOCATION SEIZED/FOUND | DATE | OFFICER NAME/DSN | AGENCY CODE |
|---|---|---|---|
| 300 East Pedro Simmons Charleston Mo 63834 | 11/8/10 | Simpson   133 | 01 |

| CASE STATUS:   WARRANT TO BE APPLIED FOR ☐   WARRANT ISSUED ☐   WARRANT UNDER ADVISEMENT ☐ |
|---|
| SJ ISSUED ☐   CASE CLOSED ☐   REFUSED ☐   WARRANT # |
| COURT INFORMATION:  GRAND JURY ☐   ASSOC. CIRCUIT COURT # ☐   CIRCUIT #: |

**REMARKS:  (TYPE OF ANALYSIS REQUESTED – PRIORITY PROCESSING REQUESTED – ADDITIONAL EVIDENCE ANTICIPATED – OTHER PERSON ETC. TO RECEIVE THE REPORT)**
**(IF OWNERS IS CODE 5 4 – LIST NAME, ADDRESS, CITY, STATE, ZIP AND PHONE NUMBER)**

Confirmation sample, compare to sample from CW and crossre Bat

57258

**CHAIN OF CUSTODY**

| FROM | TO | DATE |
|---|---|---|
| Simpson 133 | T5134 | 11-8-10 |
| T5134 | ABV 3950 | 11-7-10 |
| ABV 3950 | Fre [4] | 11-7-10 |
| Mayer 11 | NU 3873 | 11-8-10 |
| NU 3873 | Illinois 4 | 11-8-10 |

F-54 (05/09)

**EXHIBIT #7**============➤

Photo # 6                              Tracking #23338106

The photos were printed out as 3 ½" X 5" photos and cut into individual
photos so that they can be placed in random order for viewing.  Refer to
the department Photo Lineup Worksheet for additional information as to
the presentation of photos.

On Saturday, 01/09/2009 PO Zeus Hernandez, DSN 255 responded to
Hardee's 17368 Chesterfield Airport Rd where he met with Victoria Pluma.
Pluma works in the kitchen at Hardee's and walked into the restaurant
as the suspect was robbing the store.  She also observed the same person
walking around on the parking lot of the restaurant just prior to the
robbery.

Pluma only speaks Spanish and Officer Hernandez speaks English and
Spanish fluently.  Officer Hernandez explained the photo lineup
process to Pluma.  Refer to the department witness preparation form
for additional information.  Officer Hernandez showed Pluma each photo
individually and one at a time.  After viewing the photos, Pluma
identified photo # 4 (Andre Williams) as the person she saw on the
parking lot just prior to the robbery.  This is also the same person she
saw in the restaurant at the time of the robbery wearing the ski mask.
Both people were wearing the exact same clothing.  Officer Hernandez had
Pluma sign and date the back of photo # 4 indicating her identification
of the photo.

Cigarette butts and a liquor can seized nearby the Hardee's where a
suspect could have waited and watched for employees to arrive, had
been previously seized as evidence.  These items were sent to the St
Louis County Police crime laboratory for testing along with the suspect
information on Williams and Leachman.  I also learned that Williams was
currently in custody at the St Louis Criminal Justice Center on Tucker
Blvd and that Leachman was in custody at the St Louis City Work House on
Hall St.

This investigation is continuing.

EXHIBIT #8 ==========⇒

( Petitioner's Exhibit A Continued )

1    on or about November 14th, 2009 at 17368 Chesterfield

2    Airport Road, County of St. Louis, State of Missouri,

3    the defendant forcibly stole U.S. currency in the

4    possession of Hardee's and, in the course thereof, the

5    defendant displayed what appeared to be a deadly

6    weapon.

7             Your Honor, the testimony at trial would

8    be that the defendant entered Hardee's, his face was

9    covered, and that he produced what appeared to be a

10   pistol, handgun, and demanded money from the safe.  An

11   employee surrendered the money to the defendant and

12   gave police a description, clothing description, and

13   other description of the individual.

14             Testimony would be that Victoria Kluma,

15   that she identified the defendant in a photo lineup and

16   that she gave a description to the police of the

17   clothing of the individual she saw outside Hardee's and

18   then enter Hardee's and then come outside of Hardee's

19   once the money was taken.  And that was the defendant,

20   Mr. Andre Williams.

21   QUESTIONS BY THE COURT:

22        Q.    Mr. Williams, is what the prosecuting

23   attorney said substantially true and correct?

24        A.    Yes.

25        Q.    Has anyone made you any promise or have

Page 75

**EXHIBIT #9**  ========►

15

TO:

ST. LOUIS COUNTY PROSECUTING ATTORNEY'S OFFICE
ST. LOUIS COUNTY JUSTICE CENTER
100 SOUTH CENTRAL AVENUE
CLAYTON, MISSOURI, 63105


RE:   PURSUANT TO SUNSHINE LAW,
      CHAPTER 610 REVISED STATUE OF
      MISSOURI; "REQUEST FOR FRONT AND BACK
      COPY OF "SINGLE PHOTO(S)" WITH WITNESS
      SIGNATURE ON BACK OF PHOTO PERTAINING
      TO CAUSE NUMBER 10SL-CR09241"
         (EXHIBIT'S #1 AND #2 ATTACHED HERE-TO)


DEAR PROSECUTING ATTORNEY'S OFFICE,

ON AUGUST 9, 2011, THE PROSECUTOR STATE'S
THAT WITNESS IDENTIFIED ME IN A PHOTO
LINE-UP (SEE ATTACHED EXHIBIT #1)....THE
DETECTIVES IN THIS CASE (10SL-CR09241) STATES
THAT "INDIVIDUAL PHOTO'S WERE SHOWN TO
THE WITNESS ONE AT A TIME AND AFTER
REVIEWING PHOTO'S, WITNESS IDENTIFIED
PHOTO #4 OF ME (ANDRE WILLIAMS).. OFFICER
HAD WITNESS "SIGN AND DATE" THE BACK OF
PHOTO #4 INDICATING HER IDENTIFICATION
OF THE PHOTO (SEE ATTACHED EXHIBIT #2).....


AT THIS TIME, I AM REQUESTING A
FRONT AND BACK COPY OF THIS DOCUMENT
MENTIONED ABOVE ("SINGLE PHOTO WITH
WITNESS SIGNATURE ON BACK") PURSUANT
                 (1 OF 4)

TO SUNSHINE LAW CHAPTER 610 (REVISED)
STATUE OF MISSOURI. PLEASE INFORM
ME IN ADVANCE OF ANY COPY FEES
THAT WILL EXCEED $5.00. IF THERE
IS "NO SINGLE PHOTO WITH WITNESS
SIGNATURE ON BACK" I WOULD LIKE
TO BE INFORMED AS WELL. IN RESPECT
TO ALL LAWS GOVERNING ACCESS TO
ATTORNEY RECORDS I HEREBY INVOKE
ALL AFFORDED TO ME. ADDITIONALLY,
THE SUNSHINE LAW REQUIRES A RESPONSE
TO BE GIVEN AS SOON AS POSSIBLE BUT NO
LATER THAN THREE (3) WORKING DAYS "AFTER"
RECEIPT OF THE REQUEST.

THE DOCUMENT I REQUEST IS AN OPEN
RECORD AND DISCLOSURE IS REQUIRED
BY LAW.

MISSOURI SUNSHINE LAW, MO. REV. STAT
§ 610.027(3) (SUPP. 2013) STATES THAT A
PENALTY SHALL BE IMPOSED AND ATTORNEY
FEE'S AND COST MAY BE ASSESSED UPON
FINDING THAT A PUBLIC GOVERNMENTAL BODY
OR A MEMBER OF A GOVERNMENTAL BODY
HAS KNOWINGLY VIOLATED MO. REV. STAT. 610.010 -
610.027 (SUPP. 2013)

AGAIN, AS STATED ABOVE, AND ALSO SHOWN
IN THE EXHIBITS ATTACHED HERE-TO, I
"ONLY" REQUEST THE DOCUMENTATION
MENTIONED ABOVE AND AS FOLLOWS IN

(2 OF 4)

CASE NUMBER # 10SL-CR09241 COPY

* SINGLE PHOTO WITH WITNESS SIGNATURE AND DATE ON BACK OF PHOTO (SEE EXHIBIT'S #1 AND #2 ATTACHED HERE-TO)

** A FRONT AND BACK COPY IS REQUESTED

Respectfully Submitted,

Andre Williams Sr
#525928
Southeast Correctional Center
300 East Pedro-Simmons Drive
Charleston, Mo, 63834

DEFENDANT ANDRE WILLIAMS SR. BEING FIRST DULY SWORN, DEPOSES AND SAYS THAT I HAVE REQUEST THE FORGOING DOCUMENTS FROM THE ST. LOUIS COUNTY PROSECUTING ATTORNEY'S OFFICE IN THE ABOVE-STYLED CAUSE NO: 10SL-CR09241; THAT I KNOW THE CONTENTS THERE-OF THAT INCLUDES EXHIBIT'S ATTACHED HERE-TO AND THAT THE MATTERS THERE IN SET FORTH ARE TRUE UNDER OATH AND UNDER THE PENALTY OF PERJURY

8-2-2017                    Andre Williams Sr
DATE                        SIGNATURE

NOTARY ONLY

(3 OF 4)

1   on or about November 14th, 2009 at 17368 Chesterfield

2   Airport Road, County of St. Louis, State of Missouri,

3   the defendant forcibly stole U.S. currency in the

4   possession of Hardee's and, in the course thereof, the

5   defendant displayed what appeared to be a deadly

6   weapon.

7                    Your Honor, the testimony at trial would

8   be that the defendant entered Hardee's, his face was

9   covered, and that he produced what appeared to be a

10  pistol, handgun, and demanded money from the safe.  An

11  employee surrendered the money to the defendant and

12  gave police a description, clothing description, and

13  other description of the individual.

14                   Testimony would be that Victoria Kluma,

15  that she identified the defendant in a photo lineup and

16  that she gave a description to the police of the

17  clothing of the individual she saw outside Hardee's and

18  then enter Hardee's and then come outside of Hardee's

19  once the money was taken.  And that was the defendant,

20  Mr. Andre Williams.

21  QUESTIONS BY THE COURT:

22       Q.    Mr. Williams, is what the prosecuting

23  attorney said substantially true and correct?

24       A.    Yes.

25       Q.    Has anyone made you any promise or have

Photo # 6

Tracking #23338106

9-5561

Case: 4:14-cv-00411-AGF   Doc. #: 85   Filed: 09/05/18   Page: 32 of 83 PageID #: 727

EXHIBIT H-2

/ Reason: #carjq1 / MO PA STLCO

The photos were printed out as 3 ½" X 5" photos and cut into individual photos so that they can be placed in random order for viewing. Refer to the department Photo Lineup Worksheet for additional information as to the presentation of photos.

On Saturday, 01/09/2009 PO Zeus Hernandez, DSN 255 responded to Hardee's 17368 Chesterfield Airport Rd where he met with Victoria Pluma. Pluma works in the kitchen at Hardee's and walked into the restaurant as the suspect was robbing the store. She also observed the same person walking around on the parking lot of the restaurant just prior to the robbery.

Pluma only speaks Spanish and Officer Hernandez speaks English and Spanish fluently. Officer Hernandez explained the photo lineup process to Pluma. Refer to the department witness preparation form for additional information. Officer Hernandez showed Pluma each photo individually and one at a time. After viewing the photos, Pluma identified photo # 4 (Andre Williams) as the person she saw on the parking lot just prior to the robbery. This is also the same person she saw in the restaurant at the time of the robbery wearing the ski mask. Both people were wearing the exact same clothing. Officer Hernandez had Pluma sign and date the back of photo # 4 indicating her identification of the photo.

Cigarette butts and a liquor can seized nearby the Hardee's where a suspect could have waited and watched for employees to arrive, had been previously seized as evidence. These items were sent to the St Louis County Police crime laboratory for testing along with the suspect information on Williams and Leachman. I also learned that Williams was currently in custody at the St Louis Criminal Justice Center on Tucker Blvd and that Leachman was in custody at the St Louis City Work House on Hall St.

This investigation is continuing.

EXHIBIT #10=========▶

## OFFICE OF PROSECUTING ATTORNEY

ROBERT P. McCULLOCH
Prosecuting Attorney

St. Louis County Justice Center
100 South Central Avenue
ST. LOUIS COUNTY, MISSOURI 63105

(314) 615-2600
RelayMO 711 or 800-735-2966



August 7, 2017

Mr. Andre Williams Sr.
#525828
Southeast Correctional Center
300 East Pedro-Simmons Drive
Charleston, MO 63834

On August 4, 2017, this office received your letter purporting as a "Sunshine Law" request for a photograph referred to in the police report and at your plea of guilty. Pursuant to my appointment as acting custodian of records, I have conducted a review of our records and evidence. No such photograph is contained in our records and we hold no such evidence.

Sincerely,

John D. Evans
First Assistant Prosecuting Attorney

JDE:bb

**OFFICE OF PROSECUTING ATTORNEY**
ROBERT P. McCULLOCH
PROSECUTING ATTORNEY
100 South Central Avenue
Clayton, Missouri 63105

$ 000.40

4C109

Mr. Andre Williams Sr.
#525828
Southeast Correctional Center
300 East Pedro Simmons Drive
Charleston, MO 63834

GCR-EAB 63834

EXHIBIT # 11==========▶

17

★ REVIEW THE NEXT (33) DOCUMENTS IN THIS EXHIBIT ALONE,
IT WILL SHOW THE COURT PETITIONERS DUE DILIGENCE AND
THE RESPONDENTS FAILURE TO DISCLOSE "SINGLE PHOTO"

Case 4:14-cv-00411-AGF   Doc. #: 85   Filed: 09/05/18   Page: 37 of 83 PageID #: 732

IN THE
CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI

ANDRE WILLIAMS, SR.,      )
                             )
      Movant,           )
                             )     Cause No.   12SL-CC00216
v.                          )     Hon. Mark D. Seigel
                             )     Div. 3
STATE OF MISSOURI,      )
                             )
      Respondent.     )

**REQUEST FOR THE COURT TO ORDER THE STATE TO DISCLOSE LINEUP
PHOTOGRAPHS FROM THE UNDERLYING CRIMINAL CAUSE**

      Mr. Williams, movant, respectfully requests this Court order the St. Louis County
Prosecuting Attorney's Office to disclose to undersigned counsel any photographic arrays
shown Ms. Victoria Pluma from the underlying criminal cause, St. Louis County Cause
No. 10SL-CR089241-01. To explain this request, Mr. Williams states

      1. Mr. Williams was charged with first-degree robbery in St. Louis County Cause
No. 10SL-CR089241-01. The state accused him of forcibly stealing money from
Hardee's and displaying what appeared to be a deadly weapon;

      2. The state provided discovery to Mr. Williams' plea counsel. That discovery
included a color copy of a photographic lineup array. *See* Exhibit 1, attached. The sheet
did not contain any signatures, front or back;

      3. According to police reports also provided to plea counsel, a Hardees employee,
Ms. Victoria Pluma, was shown a photographic lineup. It contained Mr. Williams'
photograph. After looking at the lineup, Ms. Pluma identified Mr. Williams as the robber
and *signed and dated the back of Mr. Williams' photograph.* Ms. Pluma also signed a

Chesterfield Police Department Photo Lineup Eyewitness Identification Witness Preparation Form. *See* Exhibit 2, attached;

 4. The copy of the photographic array provided to plea counsel did not contain any signatures, front or back; therefore, it could not have been a copy of the array viewed by Ms. Pluma;

 5. Mr. Williams alleged in his *pro se* Rule 24.035 motion that counsel had not alerted the court that Ms. Pluma's purported signature on the photographic array did not match her signature on the bottom of the Witness Identification Form;

 6. Therefore, undersigned counsel is obligated to investigate this issue. But counsel cannot do so without the photographic lineup array shown Ms. Pluma, or a fair and accurate reproduction of it;

 WHEREFORE, Movant Andre Williams, Sr. respectfully requests this Court order the St. Louis County Prosecuting Attorney's Office to disclose to undersigned counsel any photographic arrays shown Ms. Victoria Pluma from the underlying criminal cause, St. Louis County Cause No. 10SL-CR089241-01.

       Respectfully submitted,


       Lisa M. Stroup, Mo Bar No. 36325
       Attorney for Movant
       1010 Market Street
       Suite 1100
       St. Louis, MO  63101
       Phone 314-340-7662
       Fax 314-340-7685
       E-Mail Lisa.Stroup@mspd.mo.gov


### Certificate of Service

I certify that on this the 5th day of September, 2012, that a true copy of the above and foregoing was sent by fax transmission to the St. Louis County Prosecuting Attorney's Office, 100 S. Central, Clayton, MO  63105

    Lisa M. Stroup

In the

# CIRCUIT COURT

of St. Louis County, Missouri

Andre Williams

Plaintiff(s)

vs.

State of Missouri

Defendant(s)

Date 9/27/12

1252. CC00216

Case Number

3

Division

For File Stamp Only

CIRCUIT

The Court hereby denies Mr. Williams' Request for the Court to Order the State to Disclose Lineup Photographs from the Underlying Criminal Cause.

The Court hereby rules that a claim that counsel was ineffective for failing to file and litigate a motion Brugones statements would not be cognizable.

Respectfully submitted,

Tina Mttson 36.325

Attorney for movant                    Bar No.

Address

**SO ORDERED**

Mark D. Pright

Judge

ENTERED: 9/27/12
(Date)

CCOPR47 Rev. 5/95

Phone No.                                          Fax No.

Attorney APA  for Gentry Smith  Bar No.  3217

Address

087

Phone No.                                          Fax No.

EXHIBIT #6

(6)

COPY



# MISSOURI STATE PUBLIC DEFENDER SYSTEM

Appellate/PCR Division
1010 Market Street – Suite 1100
St. Louis, Missouri 63101
Telephone: 314-340-7662     Fax: 314-340-7685

October 5, 2012

Mr. Andre Williams, Sr. #525828
Southeast Correctional Center
300 East Pedro Simmons Drive
Charleston, MO 63834

Re:   Your August 29, 2012 letter
      Andre Williams, Sr. v. State of Missouri
      Case No. 12SL-CC00216

Dear Mr. Williams:

Regarding your August 29, 2012 letter: In future, I will only respond to reasonable requests for information from you.

Here is an update on your case since my last letter:

After I asked him, the prosecutor refused to give me a copy of the backside of the lineup photo, so I filed a "Request for the Court to Order the State to Disclose Lineup Photographs from the Underlying Criminal Cause" on September 5, 2012. I attended conferences before Judge Seigel with the prosecutor in this case on September 7, 20, and 27, 2012. I also provided Judge Seigel and the prosecutor with the following cases because the judge wanted to know -- where a movant has pleaded guilty -- if counsel's failure to file and litigate a suppression motion can be raised as a Rule 24.035 claim: Stacker v. State, 357 S.W.3d 300 (Mo. App. S.D. 2012); May v. State, 309 S.W.3d 303 (Mo. App. E.D. 2010); and State v. Hunter, 840 S.W.2d 850 (Mo. banc 1992).

Unfortunately, the judge denied the motion for the lineup photograph because His Honor decided such a claim could not be raised in a Rule 24.035 case. Because I respectfully disagree with the judge, I plan to raise the claim anyway.

With this letter you are receiving copies of the request for the lineup photo and the court memoranda from September 7, 20, and 27.
Sincerely,

Lisa M. Stroup
Assistant Public Defender

IN THE CIRCUIT COURT OF ST. LOUIS CITY
STATE OF MISSOURI

| | | |
|---|---|---|
| STATE OF MISSOURI, | ) | Cause No. 1061CR09241-01 |
| Plaintiff | ) | |
| | ) | Division No. 00 |
| v. | ) | **FILED** |
| ANDRE WILLIAMS, | ) | |
| Defendant | ) | JUL 2 7 2011 |
| | ) | JOAN M. GILMER |
| | | CIRCUIT CLERK, ST. LOUIS COUNTY |

## DEFENDANT'S REQUEST FOR DISCOVERY

Comes now defendant, by and through counsel, and hereby requests the following discovery pursuant to Missouri Supreme Court Rules 25.01, 25.02, 25.03, 25.04, 25.07, 25.08, 25.16, (and RSMo. 565.005 if defendant is charged with murder) and defendant's rights to a fair trial, due process, equal protection, reliable sentencing, effective assistance of counsel, confrontation, impartial jury from a fair cross section of the population, against self incrimination, against unreasonable searches and seizures, and against cruel and unusual punishment guaranteed under the Fourth, Fifth, Sixth, Eighth and Fourteenth Amendments to the United States Constitution and Article I Sections 2, 10, 15, 18(a), 21 and 22(a) of the Missouri Constitution:

1. The names and the last known addresses of persons whom the State intends to call as witnesses at any hearing or trial, together with their written or recorded statements and existing memoranda reporting or summarizing part or all of their oral statements;

2. Any and all written or recorded statements and the substance of any oral statements made by the defendant or by the codefendant, a list of witnesses to the making, and a list of witnesses to the acknowledgment of such statements and the last known addresses of such witnesses;

3. Those portions of any existing transcript of grand jury proceedings which relate to the offense with which defendant is charged containing testimony of defendant, codefendants, persons whom the State intends to call as witnesses at any hearing or trial, and any other persons who offered information related to the above cause before the grand jury that was transcribed;

4. Any existing transcript and recording of the preliminary hearing or any prior trial in defendant's case if such is in the possession of the State or available to the State;

5. Any reports, notes, recordings of statements of experts made in connection with this case, including, but not limited to, the results of any type of physical, mental, scientific, forensic and/or DNA testing conducted regarding this case or the defendant and all underlying data, notes, correspondence and reports of such experts;

6. Any books, papers, documents, photographs or objects which the State intends to introduce into evidence at any time or which were obtained from or belong to the defendant;

7. Any record of any prior criminal convictions of persons the State intends to call as witnesses at any hearing or the trial;

8. A written statement by counsel for the State setting fourth all facts relating to the time, place and persons conducting any type of photographic or electronic surveillance relating to this charged offense;

9. Any material or information within the possession or control of the State or its agent which tends to negate the guilt of the defendant as charged, mitigate the degree of the offense charged, or reduce punishment;

10. Should the defendant notify the State of its intent to rely upon any mental disease or defect defense or mitigation, or the defense of alibi, the defendant specifically requests the names and addresses of all witnesses the State intends to call as rebuttal witnesses, together with copies of any of their notes, memoranda, recordings, correspondence, documentation, anything upon which they relied in their analysis or conclusion, anything they obtained for review in connection with this case, any protocols pertaining to their work in this case, any training materials upon which they rely in their work in this case;

11. The statements of all persons who have been interviewed by an agent of the State in connection with the subject matter of this cause and whom the State does not presently intend to call at trial together with their names and last known addresses;

12. The memoranda, notes and summaries of any oral statements made to an agent of the State by any person in connection with the subject matter of this cause whether or not:

      a. the statement, is in writing, has been signed or approved by the witness, and

      b. the statement relates to the proposed subject matter of the direct testimony of the witness at trial;

13. The statements of persons, notes, memoranda and recordings of any oral statements pertinent to the subject matter of this case whether or not made to an agent of the State;

14. Any memoranda, documents, notes and statements used by the State during the investigation of this case;

15. The names and addresses of all persons who may have some knowledge of the facts of the present case;

16. All reports, notes, memoranda and documents prepared on behalf of the State or otherwise used in connection with the investigation of this case;

17. All reports, notes, documents, memoranda and any other data in the hands of the Sate and its agents in connection with the subject matter of this case, the defendant and codefendants;

18. Statements of any person or persons which were shown, read, played or paraphrased to the defendant during any interrogation or interview conducted by any member of any law enforcement agency;

19. Current or most recent addresses and telephone numbers, known to law enforcement agencies, of all persons interviewed in the course of the investigation of the incident;

20. Copies of booking slips of the defendant prepared pursuant to his arrest in this case;

21. All press releases prepared by any law enforcement agencies relating to the defendant, the codefendants, this case, the incident and the investigation;

22. Copies of all 911 tapes, and other police radio calls or dispatches reflecting the initial call for assistance to and through those reflecting the arrest of the defendant and the codefendants;

23. Notice of the State's intent to use DNA evidence and the name of the lab conducting

any DNA testing, and the type of DNA testing which was conducted;

    24. All memoranda, notes, documents, and reports to, from and between law enforcement officers connected with the subject matter of this case;

    25. All memoranda, notes, documents and reports to, from and between the investigative staff of the prosecution, excluding those portions, if any, which contain the opinions, theories, or conclusions of the prosecuting attorney or members of his/her legal staff, unless such opinions, theories or conclusions are otherwise discoverable;

    26. The criminal records, including but not limited to, prior arrests and any list or summary reflecting criminal records of all persons whom the prosecution intends to call as a witness at trial;

    27. All evidence in the prosecutor's possession or available to the prosecution which is favorable to the defendant on the issue of guilt, including but not limited to:

        a. unfavorable evidence with respect to prosecution witnesses;

        b. unfavorable evidence respecting any of the codefendants;

        c. any and all evidence, letters, memoranda, documents, notes or other material of any nature disclosing bias and/or prejudice or pre judgment by citizens of this county against the defendant and/or codefendants, and the identity of the persons making statements indicating such views;

        d. any and all other information respecting any prosecution witness which is favorable to the defendant on the issue of guilt;

        e. statements made by any persons which are exculpatory with respect to the defendant including all statements made by prospective prosecution witnesses;

    28. All evidence in the prosecution's possession or available to the prosecution which is favorable to the defendant on the issue of punishment, including, but not limited to, evidence disclosing:

        a. the defendant has no significant history of prior criminal activity;

        b. the offense was committed while the defendant was under the influence of extreme mental or emotional disturbance;

        c. the victim was a participant in the defendant's conduct;

        d. the defendant was an accomplice and his participation was relatively minor;

        e. the defendant acted under extreme duress or under the substantial domination of another person;

        f. the capacity of the defendant to appreciate the criminality of his conduct or to conform his conduct to the requirements of the law was substantially impaired;

        g. anything about the nature of the offense and character and background of the defendant that could be the basis of a sentence less than death;

        h. partial or total negation of any evidence offered by the State in support of any alleged aggravating circumstance;

    29. All diagrams, sketches and photographs which have been made by or shown to any witnesses or prospective witnesses in this case, as well as the identity of each witness to whom this material was shown;

    30. All records and reports relating to the defendant and codefendants, including, but not limited to:

        a. all juvenile, juvenile detention, juvenile social file, jail, prison, parole, probation and presentence investigation records;

will rely upon and any material or information within the possession or control fo the State which the prosecution intends to use as evidence in any sentencing phase in this cause;

37. The names and addresses of persons whom the State intends to call in aggravation of punishment and/or in rebuttal of mitigation together with their written, recorded and oral statements;

38. Any prior bad acts which the State intends to introduce as evidence in aggravation of punishment together with any evidence in support thereof, witness names and addresses with information pertaining to these prior bad acts, statements, notes, documents, memoranda and recordings of any witnesses and the defendant in connection with these prior bad acts, and any information in the possession of law enforcement or attainable by law enforcement pertaining to these prior bad acts;

39. Notice of any pending charges and/or deals made with any potential State's witnesses;

40. Notice of any victim impact evidence the State intends to introduce at trial in the sentencing phase of the case; the names and last know addresses of any victim impact witnesses the state intends to call; copies of notes, documents, memoranda and recordings pertaining to any victim impact evidence or testimony; copies of all photographs, videotapes or any other materials the state intends to introduce in the sentencing phase of trial;

41. Any and all other information which may be of use to the defense in the preparation and/or trial of this case.

Respectfully submitted,

Samuel More

Mo Bar No. 58526
Attorney for Defendant
100 S. Central 2nd Floor
Clayton, MO  63105
Phone: 314-615-4778
Fax: 314-615-0128

**Certificate of Service**

I certify that a true copy of the above and foregoing was personally served on all parties this 27 day of July , 20

Case: 4:14-cv-00411-AGF  Doc. #: 85  Filed: 09/05/18  Page: 45 of 83 PageID #: 749
Case: 4:14-cv-00412-SNLJ  Doc. #: 42-1  Filed: 12/01/16  Page: 6 of 19 PageID #: 574

EXHIBIT #12
CONTINUED
NEXT →

FILED

MAR 05 2012

JOAN M.
CIRCUIT CLERK, ST. LOUIS COUNTY

# IN THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI
## 21ST JUDICIAL CIRCUIT

| | |
|---|---|
| Andre Williams Sr. | MARCH 2, 2012 |
| MOVANT, | |
| VS. | CAUSE NO. 12SL-CC00216/ |
| | 10SL-CR09241 |
| STATE OF MISSOURI | DIVISION NO. #3 |
| RESPONDENT. | |

# MOTION TO DISCLOSE EVIDENCE

COMES NOW MOVANT, MR. ANDRE WILLIAMS SR.; WITH COUNSEL RESPECTFULLY MOVES THIS HONORABLE COURT TO PRODUCE AS EVIDENCE (A PHOTO OF MOVANT WITH WITNESS SIGNATURE ON BACK OF MOVANT'S PHOTO) THAT WAS USED TO CONVICT MOVANT IN SUCH SAID CAUSE. THIS PHOTO OF MOVANT IS EVIDENCE AND WAS SUPPRESSED BY PROSECUTOR GENTRY SMITH IN EARLIER COURT PROCEEDINGS. THE DUE PROCESS CLAUSE REQUIRES THAT THE PROSE-CUTOR DISCLOSE TO THE DEFENSE ANY EXCULPATORY EVIDENCE WHICH COMES TO HIS/HER

of 3)

Case: 4:14-cv-00411-AGF   Doc. #: 85   Filed: 09/05/18   Page: 46 of 83 PageID #: 731
Case: 4:14-cv-00412-SNLJ   Doc. #: 42-1   Filed: 12/01/16   Page: 7 of 19 PageID #: 575
COPY

EXHIBIT #2 CONTINUED NEXT →

ATTENTION. BRADY v. MARYLAND, 373 U.S. 83, 87, 83 S.CT. 1194, 10 L.Ed.2d 215 (1963). IN BRADY, THE SUPREME COURT HELD "THAT THE SUPPRESSION by the PROSECUTION OF EVIDENCE FAVORABLE TO AN ACCUSED UPON REQUEST VIOLATES DUE PROCESS INHERE THE EVIDENCE IS MATERIAL EITHER TO GUILT OR TO PUNISH-MENT, IRRESPECTIVE OF THE GOOD FAITH OR BAD FAITH OF THE PROSECUTION". AND THAT DUTY ENCOMPASSES IMPEACHMENT EVIDENCE AS WELL. AS MOVANT ENTERS HIS POST-CONVICTION STAGES, THE EVIDENCE REQUESTED IN THIS MOTION IS HEREBY NEEDED IN ORDER FOR MOVANT TO PREVAIL. SUCH CONTINUED SUPPR-ESSION OF THE REQUESTED EVIDENCE IS IN VIOLATION OF MOVENT'S CONSTITUTIONAL RIGHTS AND A VIOLATION UNDER BRADY v. MARYLAND.

RESPECTFULLY SUBMITTED,
Andre Williams Sr
MOVANT

I, Andre Williams Sr. BEING FIRST DULY SWORN UNDER OATH AND UNDER THE PENALTY OF PERJURY, DEPOSES AND SAYS THAT I

(of 3)

EXHIBIT #2

HAVE SUBCRIBED TO THE FOREGOING MOTION,
REQUESTING THAT SUPPRESSED EVIDENCE IN
EARLIER PROCEEDINGS BE DISCLOSED, THIS
EVIDENCE IS A PHOTO OF MOVANT WITH WIT-
NESS SIGNATURE ON BACK OF PHOTO THAT
CONVICTED MOVANT AND IS IN POSSESSION OF
PROSECUTOR GENTRY SMITH, THAT I KNOW OF
THE CONTENTS THERE OF; AND THAT THE
MATTERS THERE IN SET FORTH ARE TRUE.

#525828

_Andre Williams 8_
SIGNATURE OF MOVANT

---- NOTARY ONLY ----

SUBSCRIBED AND SWORN TO BEFORE ME
THIS ___29__ DAY OF February 2012

_Sandria Hutcheson_
NOTARY PUBLIC

MY COMMISSION EXPIRES :

SANDRIA HUTCHESON
My Commission Expires
August 26, 2014
Mississippi County
Commission #10394293

_Aug 26 2014_

of 3)  MONTH          DAY          YEAR

COPY

COPY
FILED

Missouri Attorney General's Office



# Sunshine Law Top 10

MAY 25 2012

The top 10 things you should know about your Sunshine Law index

JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUNTY

1. When in doubt, a meeting or record of a public body should be open to the public.

2. The Sunshine Law applies to all records, regardless of what form they're kept in, and to all meetings, regardless of the manner in which they're held.

3. The Sunshine Law allows a public body to close meetings and records to the public in some limited circumstances, but it almost never requires a public body to do so.

4. A public body generally must give at least 24 hours' public notice before holding a meeting. If the meeting will be closed to the public, the notice must state the specific provision of the law that allows the meeting to be closed.

5. Each public body must have a written Sunshine Law policy and a custodian of records whose name is available to the public upon request.

6. The Sunshine Law requires a custodian of records to respond to a records request as soon as possible but no later than three business days after he or she receives it.

7. The Sunshine Law deals with whether a public body's records must be open to the public, but it generally does not state what records the body must keep or for how long. A body cannot, however, avoid a records request by destroying records after it receives a request for those records.

8. The Sunshine Law requires a public body to grant access to open records it already has, but it does not require a public body to create new records in response to a request for information.

9. When responding to a request for copies of its records, a public body can charge only the actual cost of document search and duplication.

10. There are special laws and rules that govern access to law enforcement and criminal records.

EXHIBIT #2
CONTINUED NEXT

COPY
1 of 3

THE MISSOURI SUNSHINE LAW

TO: ST. LOUIS COUNTY CIRCUIT CLERKS OFFICE
JOAN M. GILMORE CIRCUIT CLERK
(MAY 10, 2012)

THIS IS A REQUEST FOR RECORDS UNDER THE MISSOURI SUNSHINE LAW, CHAPTER 610, REVISED STATUTES OF MISSOURI, ALSO UNDER RULE 61.01 MISSOURI STATUTE
I REQUEST THAT YOU MAKE AVAILABLE TO ME THE FOLLOWING: A PHOTO OF DEFENDANT THAT HAS A SIGNATURE ON BACK THAT RELATE to CASE # 10SL-CR09241-01 Andre Williams Sr. V. STATE OF MISSOURI

*** THIS "SINGLE" PHOTO OF DEFENDANT WITH WITNESS SIGNATURE ON BACK MAYBE IN THE POSSESSION OF PROSECUTOR GENTRY SMITH AND DEFENDANT REQUEST THAT YOU OBTAIN A COPY OF THIS SINGLE PHOTO WITH WITNESS SIGNATURE ON BACK IN CASE # 10SL-CR09241-01 AND SEND IT TO DEFENDANT AT ADRESS ON THE FOLLOWING PAGE ........ DEFENDANT 18072

WILLING TO PAY FOR ANY COPYING OF THE "SINGLE" PHOTO WITH WITNESS SIGNATURE ON BACK. DEFENDANT REQUEST THAT THE FRONT AND BACK OF PHOTO (SINGLE PHOTO) BE COPIED OR AS IT WAS GIVEN TO YOU

YOU CAN OBTAIN THE "SINGLE" PHOTO WITH WITNESS SIGNATURE ON BACK IN (CASE# 1051-CR04241-01 FROM THE PROSECUTORS OFFICE OF FROM PROSECUTOR JENNIFER SMITH

SEND TO: Andre Williams Sr. #525828
SOUTHEAST CORRECTIONAL CENTER
300 EAST PEDRO-SIMMONS DRIVE
CHARLESTON, MISSOURI, 63834

I, Andre Williams Sr. #525828 FIRST DULY SWORN UNDER OATH AND UNDER THE PENALTY OF PERJURY; DEPOSES AND SAYS THAT I HAVE SUBSCRIBED TO THE FOREGOING AFFIDAVIT; REQUESTING UNDER THE SUNSHINE LAW TO ST. LOUIS COUNTY CIRCUIT COURT CLERK JOAN M. GILMORE 073 THAT THE "SINGLE" PHOTO OF ME WITH

COPY

COPY
8063

A WITNESS SIGNATURE ON BACK IN CASE# 10SL-CR09241-01 THAT MAY BE IN THE POSSESSION OF THE PROSECUTORS OFFICE OR PROSECUTOR GENTRY SMITH BE COPIED AND SENT TO ME; THAT I KNOW THE CONTENTS THEREOF; AND THAT THE MATTERS THERIN SET FORTH ARE TRUE.

#525828
Andre Williams Sr.
SIGNATURE OF PERSON MAKING THE REQUEST UNDER THE SUNSHINE LAW

SWORN AND SUBSCRIBED TO BEFORE ME THIS 10th DAY OF May 2012

NOTARY PUBLIC SEAL STATE OF MISSOURI
SANDRIA HUTCHESON
My Commission Expires
August 26, 2014
Mississippi County
Commission #10394293

Sandria Hutcheson
NOTARY PUBLIC

MY COMMISSION EXPIRES:

Aug 26, 2014
MONTH DAY YEAR

....COPY FOR ATTORNEY 074

.... COPY FOR CIRCUIT COURT CLERK, ST. LOUIS COUNTY

ANDRE WILLIAMS SR. #525828
SOUTH EAST CORRECTIONAL CENTER   CAPE GIRARDEAU MO 637
300 EAST PEDRO SIMMONS DRIVE
CHARLESTON MISSOURI 63834

23 MAY 2012 PM 1 T
RECEIVED

MAY 2 5 2012

JOAN M. GILMER
CIRCUIT CLERK ST. LOUIS COUNTY

Correspondence is from an Inmate in the custody of
the Missouri Department of Corrections. The Department
is not responsible for the content of this correspondence.
For information about the Department or to verify
information about the offender, please visit our website at
www.doc.mo.gov.

LEGAL MAIL

ST. LOUIS COUNTY CIRCUIT COURT
7900 CARONDELET AVE.
CLAYTON MISSOURI 63105
ATTN: CIRCUIT COURT CLERK
OFFICE

63105+1720

EXHIBIT #2
CONTINUED
← NEXT

EXHIBIT H9
CONTINUED
NEXT →

COPY

5-24-12 FILED

MAY 25 2012

JOAN M. GILM
CIRCUIT CLERK, ST. LOUIS

RE: CASE # 10SL-CR09241-01
Andre Williams Sr. V. STATE OF MISSOURI
RE: "SINGLE" PHOTO WITH WITNESS
(VICTORIA PLUMA) SIGNATURE ON BACK
OF PHOTO..... PLEASE CHECK ALL 6 PHOTO'S
IN FILE, ONLY ONE HAS SIGNATURE ON BACK
THAT SAYS (VICTORIA PLUMA)

DEAR CLERK OF COURT,

            THIS IS A REQUEST
PURSUANT TO MISSOURI SUPREME COURT
OPERATING RULE #2.... PLEASE CONDUCT
A SEARCH OF THE LEGAL FILE IN THE
ABOVE REFERENCED CASE #.  THE
EVIDENCE REQUESTED AND ALSO LISTED
ABOVE IS A "SINGLE" PHOTO WITH WITNESS
(VICTORIA PLUMA) SIGNATURE ON BACK.
PLEASE CHECK ALL 6 PHOTO'S IN FILE,
ONLY ONE HAS WITNESS (VICTORIA PLUMA)
SIGNATURE ON BACK.... A FRONT & BACK
COPY OF PHOTO IS REQUESTED.....

: .. COPY FOR ATTORNEY
.. : COPY FOR CIRCUIT COURT CLERK
            OF ST. LOUIS COUNTY

Respectfully Submitted,
Andre Williams Sr.

EXHIBIT #2
CONTINUED
NEXT →

COPY

(2 of 2)

5-24-12

IF YOU FEEL FOR ANY REASON THAT
I AM NOT ENTITLED TO ALL OR SOME
OF THE REQUESTED MATERIAL, PLEASE
STATE YOUR REASON IN WRITING

Respectfully Submitted,

Andre Williams 8

COPY FOR ATTORNEY
COPY FOR CIRCUIT COURT CLERK
OF ST. LOUIS COUNTY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

ANDRE Williams Sr.,
   PETITIONER,    } CASE NO:

   VS.    } 4:14-CV-00412-SNLJ/SPM

IVAN WALLACE,
   RESPONDENT.

## MOTION TO THE COURT REQUESTING AN ORDER COMPELLING RESPONDENT TO DISCLOSE "SINGLE PHOTO"

COMES NOW PETITIONER, ANDRE Williams Sr.,
PRO/SE, AND MOVE THIS HONORABLE COURT
FOR AN ORDER PURSUANT TO FEDERAL AND
STATE RULES OF CRIMINAL PROCEDURE
COMPELLING RESPONDENT TO PRODUCE FOR
INSPECTION AND FRONT/BACK COPYING OF
THE FOLLOWING DOCUMENT(S):

1) ANY AND ALL PAPERS, DOCUMENTS,
PHOTOGRAPHS OR OBJECTS "SIGNED", OR
"INITIALED" BY STATE WITNESS

(1 OF 4)

VICTORIA PLUMA, THAT IS IN THE POSSESSION OF THE STATE, RESPONDENT, ETC., WHICH WERE obtained FROM the STATE WITNESS, Ms. VICTORIA PLUMA.

2.)
    THE "SINGLE PHOTO" THAT STATE WITNESS Ms. VICTORIA PLUMA, SIGNED AND DATED THE BACK OF, AS THE DETECTIVES CLAIMED IN THE POLICE REPORT, WHICH IS THE "ONLY" EVIDENCE USED AGAINST PETITIONER, (A FRONT AND BACK COPY IS REQUESTED — SEE EXHIBIT ATTACHED HERETO)

(THIS DISCLOSURE SHALL BE IN THE "ORIGINAL" FORM SETTING FORTH THE FACTS PERTAINING TO THE TIME, PLACE, AND PERSON(S) MAKING THE SAME.)

THE PETITIONER HAS SUBMITTED A WRITTEN REQUEST FOR THE ABOVE STATED DOCUMENT(S), PURSUANT TO THE FEDERAL RULES OF CRIMINAL PROCEDURE
(2 OF 4)

AND PURSUANT TO THE STATE RULES OF CRIMINAL PROCEDURE ON MARCH 31, 2014 AND JUNE 13, 2014 BUT HAVE NOT YET RECIEVE THE DOCUMENT(S) REQUESTED..(NOTE) BOTH WRITTEN REQUEST WERE FILED WITH THE COURT AS EXHIBITS......

IN FACT, THE RESPONDENTS REFUSAL TO ANSWER PETITIONERS REQUEST AND ALSO PRODUCE THE DOCUMENTS HAS NO SUBSTAINTIAL JUSTIFICATION.

WHEREFORE, FOR THE ABOVE STATED REASON AND THE REASON THAT PETITIONER NEED SAID DOCUMENTS, ETC., PETITIONER PRAYS THAT THIS HONORABLE COURT GRANT THIS INSTANT MOTION AND COMPEL THE RESPONDENT TO PRODUCE A FRONT AND BACK COPY OF THE REQUESTED DOCUMENTS, ETC.

RESPECTFULN SUBMITTED,

Andre Williams Sr.

(3 OF 4)

ANDRE WILLIAMS SR
#525828
SOUTHEAST CORRECTIONAL CENTER
300 E. PEDRO-SIMMONS DRIVE
CHARLESTON, MISSOURI, 63834

## CERTIFICATE OF SERVICE

I, HEREBY CERTIFY THAT A TRUE AND
CORRECT COPY OF THE FOREGOING WAS MAILED
PRE-PAID POSTAGE ON THIS 15TH DAY OF
JULY TO: STEPHEN D. HAWKE - ASSISTANT
ATTORNEY GENERAL (OR) ANY ATTORNEY GENERAL
REPRESENTING RESPONDENT... PO BOX-899..
JEFFERSON CITY, MISSOURI, 65102

#525828
Andre Williams Sr.
PETITIONER/ PRO 'SE

(4 OF 4)

UNITED STATES DISTRICT COURT (EXHIBIT)
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

ANDRE WILLIAMS SR.,
     Petitioner,

VS.

IAN WALLACE,
     Respondent.

Case No. 4:14-CV-00412-SNLJ/SPM

## MOTION FOR DISCLOSURE TO PETITIONER

COMES NOW Petitioner, ANDRE WILLIAMS SR., Pro Se, and pursuant to Federal Rules of Criminal Procedure, Rule 16 Discovery and Inspection, hereby requests the following information from the Respondent and/or State: FRONT AND BACK COPY REQUESTED

1. Any and all papers, documents, photographs or Objects Signed or initialed by State Witness VICTORIA PLUMA, that is in the possession of the State, etc., which were obtained from State Witness VICTORIA PLUMA.

2. THE "SINGLE PHOTO" THAT STATE WITNESS VICTORIA PLUMA SIGNED AND DATED THE BACK OF AS DETECTIVES CLAIMED IN POLICE REPORT WHICH IS THE "ONLY" EVIDENCE USED (SEE ATTACHED DOCUMENT)
( 1 of 3)

(EXHIBIT)

3. If there have been any photographs or electronic Surveillance (including Wiretapping), relating to the offense with which the Petitioner is charged, of the State Witness <u>VICTORIA PLUMA</u>, or of Conversations to which the State Witness <u>VICTORIA PLUMA</u> was a party or of her premises; this disclosure shall be in the original form Setting forth the facts pertaining to the time, place and person(s) making the same.

4. The Petitioner requests that the Respondent and the Attorney for the Respondent use diligence and make a good faith effort to obtain any and all of the above items or information which may be in the possession or Control of any other government personnel, under the authority of Rule 25.03(c); Rule 16; and <u>Brady v. Maryland</u>, 373 U.S. 83 (1963).

5. The Petitioner requests that the duty to disclose be made a Continuing duty and that the Respondent and his Attorney (the Attorney General) furnish to the Petitioner Such additional information as may Come to its attention or within its possession or control here-after including during this Habeas Corpus proceeding. Rule 16 and Rule 25.08, which are Federal and State rules.

Respectfully Submitted,
Andre Williams Sr

Southeast Correctional Center

(2 of 3)

300 East Pedro Simmons Dr.
Charleston, Missouri 63834

CERTIFICATE OF SERVICE

The Petitioner hereby Certifies that a copy of the foregoing Motion was mailed to the Attorney General's Office, P.O. Box 899, Jefferson City, Missouri 65102, and to the Clerk of the United States District Court, Eastern District of Missouri, 111 SOUTH 10TH STREET ST. LOUIS MO, 63102, on this 31st day of MARCH, 2014, by pre paid first class postage.

Andre Williams Sr.

Petitioner/Pro Se

EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

ANDRE WILLIAMS SR.,
         Petitioner,

VS.                                    )    Case No. 4:14-CV-00412-SNLJ/SPM

IAN WALLACE,
         Respondent.

REQUEST FOR DISCLOSURE TO PETITIONER

COMES NOW Petitioner, ANDRE WILLIAMS SR., Pro Se, and pursuant to Federal Rules of Criminal Procedure, Rule 16 Discovery and Inspection, hereby requests the following information from the Respondent and/or State: FRONT AND BACK COPY REQUESTED

1. Any and all papers, documents, photographs or objects signed or initialed by State Witness VICTORIA PLUMA, that is in the possession of the State, etc., which were obtained from State Witness VICTORIA PLUMA.

2. THE "SINGLE PHOTO" THAT STATE WITNESS VICTORIA PLUMA SIGNED AND DATED THE BACK OF AS DETECTIVES CLAIMED IN POLICE REPORT WHICH IS THE "ONLY" EVIDENCE USED (SEE ATTACHED DOCUMENT)

(1 of 3)

3. If there have been any photographs or electronic Survei-llance (including wiretapping), relating to the offense with which the Petitioner is charged, of the State Witness VICTORIA PLUMA, or of Conversations to which the State Witness VICTORIA PLUMA was a party or of her premises; this disclosure shall be in the original form Setting forth the facts pertaining to the time, place and person(s) making the same.

4. The Petitioner requests that the Respondent and the Attorney for the Respondent use diligence and make a good faith effort to obtain any and all of the above items or information which may be in the possession or control of any other government personnel, under the authority of Rule 25.03(C); Rule 16; and Brady v. Maryland, 373 U.S. 33 (1963).

5. The Petitioner requests that the duty to disclose be made a continuing duty and that the Respondent and his attorney (the Attorney General) furnish to the Petitioner such additional information as may come to its attention or within its possession or control here-after including during this Habeas Corpus proceeding. Rule 16 and Rule 5.08, which are Federal and State rules.

Respectfully Submitted,
Andre' Williams Sr

Southeast Correctional Center

(2 of 3)

300 East Pedro Simmons Dr.
Charleston, Missouri 63834

## CERTIFICATE OF SERVICE

The Petitioner hereby certifies that a copy of the foregoing Motion was mailed to the Attorney General's Office, P.O. Box 899, Jefferson City, Missouri 65102, and to the Clerk of the United States District Court, Eastern District of Missouri, 111 SOUTH 10TH STREET ST. LOUIS MO. 63102 (AS AN EXHIBIT ONLY), on this 31st day of MARCH, 2014, by pre paid first class postage.

Andre Williams Sr.

Petitioner / Pro Se

( 3 of 3 )

Photo # 6
Case: 4:14-cv-00411-AGF   Doc. #: 85   Filed: 09/05/18   Page: 65 of 83 PageID #: 760
Tracking #23338106

The photos were printed out as 3 ½″ X 5″ photos and cut into individual
photos so that they can be placed in random order for viewing.  Refer to
the department Photo Lineup Worksheet for additional information as to
the presentation of photos.

On Saturday, 01/09/2009 PO Zeus Hernandez, DSN 255 responded to
Hardee's 17368 Chesterfield Airport Rd where he met with Victoria Pluma.
Pluma works in the kitchen at Hardee's and walked into the restaurant
as the suspect was robbing the store.  She also observed the same person
walking around on the parking lot of the restaurant just prior to the
robbery.

Pluma only speaks Spanish and Officer Hernandez speaks English and
Spanish fluently.  Officer Hernandez explained the photo lineup
process to Pluma.  Refer to the department witness preparation form
for additional information.  Officer Hernandez showed Pluma each photo
individually and one at a time.  After viewing the photos, Pluma
identified photo # 4 (Andre Williams) as the person she saw on the
parking lot just prior to the robbery.  This is also the same person she
saw in the restaurant at the time of the robbery wearing the ski mask.
both people were wearing the exact same clothing.  Officer Hernandez had
Pluma sign and date the back of photo # 4 indicating her identification
of the photo.

Cigarette butts and a liquor can seized nearby the Hardee's where a
suspect could have waited and watched for employees to arrive, had
been previously seized as evidence.  These items were sent to the St
Louis County Police crime laboratory for testing along with the suspect
information on Williams and Leachman.  I also learned that Williams was
currently in custody at the St Louis Criminal Justice Center on Tucker
Blvd and that Leachman was in custody at the St Louis City Work House on
Hall St.

This investigation is continuing.
_____

(I of 4)

To:
CHESTERFIELD POLICE DEPARTMENT
Custodian of Records

RE: PURSUANT TO MISSOURI SUNSHINE LAW,
(CHAPTER 610 REVISED STATUTE OF MISSOURI;
"REQUEST FOR FRONT AND BACK COPY OF
SINGLE PHOTO(S) WITH WITNESS SIGNATURE
ON BACK OF PHOTO" PERTAINING TO COMPLAINT
NO.# 9-5561 AND CASE NO.# 10S1-CR02241
(SEE EXHIBIT'S #1, #2 AND #3 ATTACHED)

DEAR CUSTODIAN OF RECORDS,

I AM THE DEFENDANT IN THE ABOVE MENTIONE
COMPLAINT NO.# 9-5561 AND CASE NO.# 10S1-CR02241
"....CHESTERFIELD POLICE DEPARTMENT DETECTIVES
STATE IN POLICE REPORT THAT" PHOTO'S WERE
PRINTED OUT AND CUT INTO INDIVIDUAL PHOTO'S
AND THAT PHOTO'S WERE SHOWN TO WITNESS
INDIVIDUALLY AND ONE AT A TIME. AFTER
REVIEWING PHOTO'S WITNESS IDENTIFIED PHOTO
# 4 (ANDRE WILLIAMS)..." OFFICER HAD WITNESS
SIGN AND DATE THE BACK OF PHOTO #4 INDICATING
HER IDENTIFICATION OF THE PHOTO (SEE EXHIBIT #2
ATTACHED)....." PROSECUTOR'S OFFICE STATES THAT THERE
IS NO SUCH PHOTO IN THEIR RECORD (SEE EXHIBIT #3
ATTACHED HERE-IN)

I AM REQUESTING A "FRONT AND BACK COPY" OF
THIS "SINGLE PHOTO WITH WITNESS SIGNATURE ON
THE BACK" PERTAINING TO COMPLAINT # 9-5561 PURSUANT

TO SUNSHINE LAW, CHAPTER 610 REVISED STATUE OF MISSOURI... PLEASE INFORM ME IN ADVANCE OF ANY COPY FEES THAT WILL EXCEED $5.00. IF THERE IS "NO SINGLE PHOTO WITH WITNESS SIGNATURE ON BACK", I WOULD LIKE TO BE INFORMED AS WELL... IN RESPECT TO ALL LAWS GOVERNING ACCESS TO **Police/ ATTORNEY** RECORDS, I HEREBY INVOKE ALL AFFORDED TO ME.... ADDITIONALLY, THE SUNSHINE LAW REQUIRES A RESPONSE TO BE GIVEN AS SOON AS POSSIBLE BUT NO LATER THAN THREE (3) WORKING DAYS "AFTER" RECIEPT OF THE REQUEST....

{ THE DOCUMENT I REQUEST IS AN OPEN RECORD AND DISCLOSURE IS REQUIRED BY LAW.... }

* MISSOURI SUNSHINE LAW, MO. REV. STAT § 610.027 (3) (Supp 2013) STATES "THAT A PENALTY SHALL BE IMPOSED AND ATTORNEY FEE'S AND COST MAY BE ASSESSED UPON FINDING THAT A PUBLIC GOVERNMENTAL BODY OR A MEMBER OF A GOVERNMENTAL BODY HAS KNOWINGLY VIOLATED MO. REV STAT. 610.010 - 610.027 (Supp. 2013)

AGAIN, AS STATED ABOVE AND ALSO SHOWN IN THE EXHIBITS ATTACHED HERE-TO, I "**ONLY**" REQUEST THE DOCUMENTATION MENTIONED ABOVE AND AS FOLLOWS IN

(2 OF 4)

COMPLAINT NUMBER # 9-5561 AND
CASE NUMBER # 108L-CR09241 :

\* SINGLE PHOTO WITH WITNESS SIGNATURE
AND DATE ON BACK OF PHOTO (SEE
EXHIBIT'S #1 AND #2 ATTACHED HERE-TO)

\*\* A FRONT AND BACK COPY IS REQUESTED

Respectfully Submitted,

Andre Williams Sr.
#525828
Southeast Correctional Center
300 East Pedro-Simmons Drive
Charleston, Mo, 63834

DEFENDANT, ANDRE WILLIAMS SR. BEING FIRST
DULY SWORN, DEPOSES AND SAYS THAT I HAVE
REQUEST THE FORGOING DOCUMENTS FROM THE
CHESTERFIELD POLICE DEPARTMENT CUSTODIAN
OF RECORDS IN THE COMPLAINT AND CASE # ABOVE;
THAT I KNOW THE CONTENTS THERE-OF THAT
INCLUDES EXHIBIT'S ATTACHED HERE-TO AND THAT
THE MATTERS THERE IN SET FORTH ARE TRUE UNDER
OATH AND UNDER THE PENALTY OF PERJURY

8-14-2017                          Andre Williams Sr.
DATE                                SIGNATURE

NOTARY ONLY
(3 OF 4)

SUBSCRIBED AND SWORN TO BEFORE ME
THIS _____ 14th DAY OF August, 2017

Dorothy J. Wright
NOTARY PUBLIC

MY COMMISSION EXPIRES :

DOROTHY J. WRIGHT
My Commission Expires
April 22, 2021
Dunklin County
Commission #13700026

April            22,            2021
MONTH          DAY            YEAR

(4 of 4)

**EXHIBIT #12**==========▶

18

SEE NEWLY DISCOVERED. EVIDENCE DOCUMENT (S). NEXT  (7) PAGES =

No. 16-3155

---

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

---

Andre Williams, Sr.
*Appellant*

v.

Ian Wallace
*Appellee*

---

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
HONORABLE CAROL E. JACKSON
(No. 4:14-CV-411 (CEJ)

---

## APPENDIX OF APPELLANT

---

Christopher S. Swiecicki
Swiecicki & Muskett, LLC
17295 Chesterfield Airport Road
Chesterfield, MO, 63005
Telephone: (636) 530-3608
Facsimile: (636) 530-0596
Cell: (314) 341-5796
Chris@SwiecickiLaw.com
**Attorney for Appellant**

1-4-2010

Karlyn,

That guy came back again today. About complaint number 83-09-3694. It's the same officer. I told you that he gave Carl "another" black skull cap from the one that was submitted. Something is really going on with this guy and complaint number 83-09-3694. And I figure they want this guy pretty bad for this. Because the seal was broken on the swabs, and he screamed at me because I wouldn't take it. So he gave one of the swabs to Carl. To replace the other swabs that are in the freezer. I need to report this to Lisa or Alen and that's why I'm writing you this instead of E-mail. I told that officer, the guy wasn't a match in codis. So he wants the file and said he'll be back. Maybe they have other evidence on this guy, but his profile did not match anything in complaint number 83-09-3694. This officer is pretty scary and I did not sign up for this and I will not falsify backlog date to help this officer. He said he would contact you. There was no need to enter evidence in codis to do benchwork. But, I'll enter evidence in codis later. I'll be at my Station, so stop by and let me know what to do about this officer. Because it's pretty clear to me that he wants or is framing this guy for a DNA match, or possibly. And I am reluctant to help him do that. So you handle this guy. and complaint number 83-09-3694 is yours.

, Wulf w

ST. LOUIS COUNTY POLICE CRIME LABORATORY - BIOLOGY UNIT

Petitioner's Newly Discovered Evidence (Exhibit-9)

Appellant's Appendix 121

St. Louis County Police Crime Laboratory
DNA UNIT

1-12-10

Kaelyn,

Thanks for the talk. Now I understand ~~~~~~~~

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

If I win the plea maybe ~~~~~~~~~~~~~~~~~~~~~~~~~

Tell me what the hell this guy did? ~~~~~~~~~~~~~~

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

My project to put the rights back to the supposed to

let the guy prove/and please don't forget the complaint

number 83-09-3694 x DNA Case #09-0260. Because I

can't redo all that paperwork again. Will I'm hooked ???

to talk to Laa. You ~~~~~~~~~~~~~~ for this line. See you

then.

Will offer

NOTE: And I forgot the time ........ ~~~~~~~~~~~

St. Louis County Police Crime Laboratory
DNA UNIT

*Alan,*                                                                4-7-10

I talked to Detective Walker today. He has a second
agency who will get swabs from the guy. Don't worry,
I already destroyed the evidence swabs when Walker
gave me the guys swabs a few months ago. I placed
them in freezer #9, in place of the other ones. Karlyn said,
she talked to the prosecutor. And the guys legal
advisor. The guys legal advisor assured her she will
definitly get the guy to plea, and the legal advisor will
not ask for the results or our notes. (Even though there
wasn't any) ☺ Karlyn or Kelly changed the numbers on
the C-mapper so that's done. The guys numbers match
"now". I just need those swabs from the second agency,
in order for this to work. All our reference both DNA
cases to match. You can do it, her chunk, or Kelly can
do it. Either way, it has to be done. Lisa knows what's
going on. She says The guy is a scumbag, and deser-
ves everything he got coming. Lisa did the swabs on
the skull cap Detective Walker submitted in January.
I think it came straight off the guys head. Well, he's
definitly a match now, so who cares. Like his legal advisor
said, "The guys t ask" and she knows him, when the guys
wife and her worked in the city P.D's office. I will call
Detective Walker to see when the second agency is available
to get swabs as well. The evidence submitted is complaint num-
ber 01-09-5561 (DNA Case # 10-D137) was not a match to the guys
in codis. But I'm going to say the guy was a match, in order to get
the swabs and DNA Case # 09-0260. Closed.

                                                              Walker

Petitioner's Newly Discovered Evidence (Exhibit-15)

St. Louis County Police Crime Laboratory
DNA UNIT

5-17-11

Kelly,

I'm gonna enter the guys swabs into Codis, the swabs from the skull cap that were in the freezer were degraded and contaminated, when Walker submitted them. So I had to improvise, to get a hit in Codis on this guy. I used the guys own swabs instead. Walker got a second agency to get swabs on this guy. I need your help on this one, because I have no results report for #09-0260. Which was considered a forensic mixture. Alan will have the benchmark. I'll use those swabs that you enter in Codis. In order to produce results in my case. I will not ask this of you again. The prosecutor and the guys own counsel got this guy to plea, and I have to cover my ass. In case of a glitch. I'm gonna cross-ref- erence both cases which should satisfy Alan and Lisa. Don't worry.. all the documents were dated correctly. I just need some kind of results.

, W/W

Petitioner's Newly Discovered Evidence (Exhibit-15)

Appellant's Appendix 127

Alan,

I finally had the chance to enter the evidence from those swabs that Lisa took from the other skull-cap, into Codis today. The results are accurate but, why did Lisa and Kelly backdate the Codis document for December 8, 2009? There will be nothing to verify any report or results from that day. It's so weird of them to be that. We do have to think Walker for getting that second agency to get swabs from the scumbag. But I heard the guy plead guilty anyway. What an asshole! I guess Karlyn can close out 09-0260 and inform Walker. Did Walker destroy the consent form from from that scum-bag? ... giving them the buccal samples? Because this could come back to bite our ass Alan. If this stuff is ever retested, and it's not a mixture. Because of Karlyn and Lisa using that guy's own samples to compare against the sample from that second agency. Well, ... you're the boss and you get paid the big bucks huh? See ya at the meeting tonight at "Bucks", drinks on you! ... I'll be joining Lisa & Karlyn there to watch the game.

, Wolf

Petitioner's Newly Discovered Evidence (Exhibit-16)

ST. LOUIS COUNTY POLICE CRIME LABORATORY - BIOLOGY UNIT

Petitioner's Newly Discovered Evidence (Exhibit-16)

Petitioner's Newly Discovered Evidence (Exhibit 17)

St. Louis County Police Crime Laboratory
DNA UNIT

Karlyn,

Don't you worry about Allan, I saw the fax he sent you yesterday. But I don't understand why he would tell you to make a supplemental report and, when you do, he gets angry? I heard Lisa and Alan discussing you, during a cross-refrence on 09-D260. Which doesn't make any sense at all. Since you have the report from yesterday. Alan can be such a prick at times, but just do as he asked and don't issue the report for 09-D260 on 7-7-11. The guy wasn't a match from what I saw in your report. So until Alan and Lisa figure out what they want to do with 09-D260, you just hold off releasing that report. This is just a rumor but, I heard Y-Mupper Allele numbers were changed, Isn't that strange? It's just a rumor I said. But with Alan and Lisa you never know. Just keep copies of everything. Just in case, because the way things are going on here lately, it covers your ass. Lisa and Alan can care less, as long as you're kissing their ass. Remember that! :-)

[signature]

Petitioner's Newly Discovered Evidence (Exhibit-17)

ST. LOUIS

COUNTY

POLICE

Colonel Timothy E. Fitch
Chief of Police
7900 Forsyth Boulevard
St. Louis, Missouri 63105
Voice/TTY (314) 889-2341

# 46

Mr. Williams Sr,

Enclosed are the original testing results for D.N.A, case # 10-D134, that you requested in your letter. I know I could lose my job for this information, but it is certainly wrong, and disrespectful to me to be asked, to doctor results, meaning type falsified information in results, as I was requested to do, by one of my supervisors, to justify a crime. As in your case, and others also. This has been going on in this office, since I got here. And I refuse to participate in this type of behavior. They will have to find someone else to do it. But before they do, here are the original test results. I pray it helps you. I suggest you notify your attorney. Inform him of what's going on, in this office. I urge you to have copies of these documents. Put them in a safe place. I could not put this in the computer because it would have been traced, on the hard drive. The date June 2nd is falsified and its not the original date these items were received 1/2010 was. God Bless.

EXHIBIT #13=========▶

19

( Petitioner's Exhibit - 26 ) ( Continued )

## TOWN AND COUNTRY POLICE DEPARTMENT
## CONSENT TO TAKE SAMPLES

Place _ST. Louis City Police Dest._

Date _12/31/69_

Time _12:25 HR._

I, _ANDRE WILLIAMS B/M 12/24/69_____, hereby consent and agree that an
officer(s) for the TOWN AND COUNTRY POLICE DEPARTMENT, a law enforcement
agency, may take a sample(s) of my

Blood                         _____ Initials

Urine                         _____ Initials

Buccal Sample                 ___A·K_____ Initials

Head Hairs                    _____ Initials

Pubic Hairs                   _____ Initials

Other _____        _____ Initials

This consent is given freely and voluntarily. I have not been threatened and no promises
been made to me to obtain my consent. This testing may be used for comparison testing
and in court.

Signature _Andre Williams_

Address _4408 CF/AD_

City, State _St. Louis , MD_

Date of Birth _12-24-69_

Sample Taken by: _DeadWalker 75_

Witness: _AofKichel Ky 47_

TC 06-03

( Petitioner's Exhibit - 26 ) ( Continued )

EXHIBIT #14=======▶

20

FILED

JUN 14 2012

JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUNTY

AUGUST 8, 2011
Plea and Sentence

1
2
3        (The cause was called for hearing on this

4   eighth day of August, 2011, before the Honorable Mark

5   D. Seigel, Judge of Division Number 3 of the Circuit

6   Court of the County of St. Louis, State of Missouri.

7        Mr. Gentry Smith, Assistant Prosecuting

8   Attorney, appeared on behalf of the State.

9        The defendant was present in person and

10  represented by Mr. Sam Moore, Assistant Public

11  Defender.

12       The following proceedings were had in open

13  court:)

14       THE COURT:   State of Missouri versus

15  Andre Williams, Cause Number 10SL-CR089241.   Let the

16  record reflect the State is represented by Assistant

17  Prosecuting Attorney Mr. Gentry Smith, the defendant is

18  present and represented by his attorney, Mr. Sam Moore.

19       Mr. Moore, do you have an announcement to

20  make in this matter.

21       MR. MOORE:   I do, Your Honor.   My client

22  at this point would like to withdraw any previous pleas

23  of not guilty and enter a plea of guilty as charged.

24  And that is pursuant to a recommendation/negotiation

25  with the State of Missouri.

Page 69

FILED

SEP 05 2012

JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUN'

IN THE
CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI

ANDRE WILLIAMS, SR.,           )
                               )
          Movant,              )
                               )       Cause No.   12SL-CC00216
v.                             )       Hon. Mark D. Seigel
                               )       Div. 3
STATE OF MISSOURI,             )
                               )
          Respondent.          )

## REQUEST FOR THE COURT TO ORDER THE STATE TO DISCLOSE LINEUP PHOTOGRAPHS FROM THE UNDERLYING CRIMINAL CAUSE

Mr. Williams, movant, respectfully requests this Court order the St. Louis County Prosecuting Attorney's Office to disclose to undersigned counsel any photographic arrays showing Ms. Victoria Pluma from the underlying criminal cause, St. Louis County Cause No. 10SL-CR089241-01. To explain this request, Mr. Williams states

1. Mr. Williams was charged with first-degree robbery in St. Louis County Cause No. 10SL-CR089241-01. The state accused him of forcibly stealing money from Hardee's and displaying what appeared to be a deadly weapon;

2. The state provided discovery to Mr. Williams' plea counsel. That discovery included a color copy of a photographic lineup array. *See* Exhibit 1, attached. The sheet did not contain any signatures, front or back;

3. According to police reports also provided to plea counsel, a Hardees employee, Ms. Victoria Pluma, was shown a photographic lineup. It contained Mr. Williams' photograph. After looking at the lineup, Ms. Pluma identified Mr. Williams as the robber and *signed and dated the back of Mr. Williams' photograph.* Ms. Pluma also signed a

Respondent's Exhibit H
Williams v. Wallace
Case No. 4:14-CV-0412-SNLJ