UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANDRE WILLIAMS, SR., | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
| v. | )   No. 4:14-CV-00411-AGF |
| | ) |
| IAN WALLACE, | ) |
| | ) |
|     Respondent. | ) |

## **NOTICE OF PROPOSED ORDER**

COMES NOW Petitioner, by and through counsel and files a Proposed Order For Writ of Habeas Corpus Ad Testificandum for the purpose of securing Petitioner's appearance at the October 11, 2018 court hearing.

On September 26, 2018 counsel for Petitioner will file with the court a status report informing the court that all evidence that was to be subject to a DNA test was destroyed by the respective local enforcement agencies. Counsel for Petitioner does not expect to call any witnesses for the October 11, 2108 evidentiary hearing.

RESPECTFULLY SUBMITTED,

Swiecicki & Muskett, LLC

By:   */s/ Christopher S. Swiecicki*
Christopher S. Swiecicki #38402MO
17295 Chesterfield Airport Road, Suite 200
Chesterfield, MO 63005
636.530.3608 Office
314.341.5796 Cell
636.530.0596 Fax
Chris@SwiecickiLaw.com
**Attorney for Petitioner**

**CERTIFICATE OF SERVICE**

        The undersigned certifies that that a true and correct copy of the foregoing was filed with the Court's electronic filing system which provides service to all attorneys of record on this 25th day of September 2018.

                                        */s/ Christopher S. Swiecicki*